UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: J.B. SAUCIER    CASE NUMBER: 18-50294-KMS
     BARBARA CAROLE SAUCIER

DEBTORS    CHAPTER 7

**TRUSTEE'S APPLICATION TO EMPLOY COUNSEL**

**COMES NOW**, Zachary S. Wessler, Sr., the Chapter 7 Trustee in the above styled and numbered proceeding ("Trustee" or "Applicant"), and petitions the Court for authority to retain and appoint Paul Murphy, Esq. of Butler Snow, LLP to represent the Trustee in this proceeding, and in support thereof would respectfully show as follows, to-wit:

**1.**

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157 and 11 U.S.C. §327 of the Federal Rules of Bankruptcy Procedure.

**2.**

On February 20, 2018, Debtors J.B. Saucier and Barbara Carole Saucier filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code [Dkt. 1]. The case was closed on June 26, 2018 [Dkt. 26], and was reopened by Order of this Court dated March 28, 2022 [Dkt. 30]. On January 17, 2025, following the rejection of appointment by Kimberly R. Lentz, Zachary S. Wessler, Sr. was appointed as the Successor Chapter 7 Trustee [Dkt. 56].

**3.**

In order to facilitate the successful administration of the bankruptcy estate, it is necessary for the Trustee to employ special counsel to represent the Trustee in pursuit of the funds available for distribution from the Debtor's mass tort claim.

**4.**

Applicant desires to employ Paul Murphy of Butler Snow, LLP as special counsel for the performance of legal services described herein. Paul Murphy of Butler Snow, LLP shall be entitled to receive reasonable compensation (of $400.00 per hour, billed in tenth of an hour (0.1) increments) and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure and any other applicable or related statutes and rules.

**5.**

Said attorney is fully competent to advise and represent the Trustee in connection with the recoupment of settlement proceeds from the Debtor's, J.B. Saucier's, personal injury lawsuit for the benefit of the Bankruptcy Estate and to protect and preserve all rights of Applicant.

**6.**

Trustee has selected said attorney for the reason that he is duly licensed to practice law before the courts of Mississippi, has significant experience in bankruptcy litigation, and is otherwise qualified to act in the capacity of special counsel for the Trustee herein.

**7.**

To the best of Trustee's knowledge, said attorney has no connection with the Debtor, creditors, or other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee which would interfere

with or hinder the faithful performance of their duties herein. A verified statement supporting this paragraph is attached hereto as **Exhibit "1"**.

**WHEREFORE**, **PREMISES CONSIDERED**, the Trustee prays that he be authorized to employ and appoint Paul Murphy, Esq. of Butler Snow, LLP as special counsel for the Trustee; that Murphy be allowed to receive reasonable compensation (of $400 per hour, billed in tenth of an hour (0.1) increments) and to receive reimbursement of actual, necessary expenses, after notice and a hearing as contemplated by 11 U.S.C. § 330; and for any other or additional relief as is just.

**RESPECTFULLY SUBMITTED** on this the 3rd day of July, 2025.

                                          **CHAPTER 7 TRUSTEE**

                                          */s/Zachary S. Wessler, Sr.*
                                          ZACHARY S. WESSLER, SR. (MSB #105849)

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com

## CERTIFICATE OF SERVICE

I, ZACHARY S. WESSLER, SR., do hereby certify that I have this date electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing Trustee's *Application to Employ Counsel for Special Purpose* to all counsel of record, including the following:

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com
*Attorney for Debtors*

**SO CERTIFIED** this the 3rd day of July, 2025.

/s/*Zachary S. Wessler, Sr.*
ZACHARY S. WESSLER, SR.

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com