UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

J.B. SAUCIER                                    CASE NUMBER: 18-50294-KMS
BARBARA CAROLE SAUCIER

DEBTORS                                                    CHAPTER 7

**VERIFIED STATEMENT OF PROPOSED COUNSEL FOR TRUSTEE**

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Paul S. Murphy, Esq. of Butler Snow, LLP, being first duly sworn in connection with the application of the Chapter 7 Trustee to be employed as Counsel for the Chapter 7 Trustee to perform services in the aforesaid and styled and numbered matter, states as follows:

1. That, to the best of my knowledge, I represent no interest adverse to the Debtor, the Chapter 7 Trustee, or the Bankruptcy Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, the Chapter 7 Trustee, creditors, or other parties in interest herein, their respective attorneys or accountants, the United States Trustee, or any person employed by the Office of the United States Trustee, except as set out below.

3. That said services shall be performed at a rate of $400.00 per hour, billed in tenth of an hour (0.1) increments with reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure and any other applicable or related statutes and rules.

4. FURTHER AFFIANT SAYETH NOT.

_____
Paul S. Murphy, Esq. (MSB # 101396)

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___3___ day of July, 2025.

_____
NOTARY PUBLIC

EXHIBIT "1"