

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE: J.B. SAUCIER
  BARBARA CAROLE SAUCIER                             CASE NUMBER: 18-50294-KMS

  DEBTOR                                                              CHAPTER 7

## ORDER ON TRUSTEE'S APPLICATION TO EMPLOY COUNSEL (DKT# 60)

**THIS MATTER** is before the Court on the *Trustee's Application to Employ Counsel*, and the Court, having considered said Application and otherwise being fully advised, is of the opinion that the *Application* is well taken and should be approved.

**THEREFORE, IT IS ORDERED** that the employment of Paul S. Murphy, Esq. of Butler Snow, LLP as attorney for the Trustee is hereby approved.

**IT IS FURTHER ORDERED** that Paul S. Murphy, Esq. shall be entitled to receive reasonable compensation (of $400 per hour, billed in tenth of an hour (0.1) increments) and reimbursement of actual, necessary expenses after notice and a hearing as contemplated by 11 U.S.C. § 330, Rule 2016 of the *Federal Rules of Bankruptcy Procedure*, and any other applicable or related statutes and rules.

2

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts allowed.

##END OF ORDER##

SUBMITTED BY:

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE AND ATTORNEY FOR TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com