United States Bankruptcy Court
Southern District of Mississippi

In re:  
J.B. Saucier  
Barbara Carole Saucier  
    Debtors

Case No. 18-50294-KMS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2  
Date Rcvd: Jul 07, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | J.B. Saucier, Barbara Carole Saucier, 1702 42nd Ave, Gulfport, MS 39501-3834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

**Name**      **Email Address**

Kimberly R. Lentz  
     on behalf of Trustee Kimberly R. Lentz krlentz@gmail.com

Robert Alan Byrd  
     on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr  
     on behalf of Joint Debtor Barbara Carole Saucier trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr  
     on behalf of Creditor Navigator Credit Union trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor J.B. Saucier trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
    chapter7trustee@wesslerlawgroup.com
    meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

Zachary S. Wessler, Sr
    on behalf of Trustee Zachary S Wessler  Sr zach@symmesestes.com, meredith@symmesestes.com;gina@symmesestes.com

TOTAL: 8

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE: J.B. SAUCIER
     BARBARA CAROLE SAUCIER          CASE NUMBER: 18-50294-KMS

DEBTOR                                                                               CHAPTER 7

## ORDER ON TRUSTEE'S APPLICATION TO EMPLOY COUNSEL (DKT# 60)

**THIS MATTER** is before the Court on the *Trustee's Application to Employ Counsel*, and the Court, having considered said Application and otherwise being fully advised, is of the opinion that the *Application* is well taken and should be approved.

**THEREFORE, IT IS ORDERED** that the employment of Paul S. Murphy, Esq. of Butler Snow, LLP as attorney for the Trustee is hereby approved.

**IT IS FURTHER ORDERED** that Paul S. Murphy, Esq. shall be entitled to receive reasonable compensation (of $400 per hour, billed in tenth of an hour (0.1) increments) and reimbursement of actual, necessary expenses after notice and a hearing as contemplated by 11 U.S.C. § 330, Rule 2016 of the *Federal Rules of Bankruptcy Procedure*, and any other applicable or related statutes and rules.

1

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts allowed.

##END OF ORDER##

SUBMITTED BY:

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE AND ATTORNEY FOR TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com