Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case was reopened on March 28, 2022 and the Trustee was appointed on March 30, 2022.  Debtor has a product liability claim that the Trustee intends to administer the asset.  - Michelle Betz 3/31/2022

Requested information from Archer systems regarding all special counsel involved in the case.   - Michelle Betz 5/9/2022

Sent information to employ special counsel to Archer Systems.  Awaiting the affidavits from all special counsel.  - Michelle Betz 7/5/2022

Sent correspondence to all special counsel and Michelle Mata with Archer Systems requesting a status update.  - Michelle Betz 1/24/2023

Received response from Michelle Mata regarding status.  It states as follows: "We are currently pending the medical lien review and resolution. On September 21, 2022, the Centers for Medicare & Medicaid Services ("CMS"), the federal agency that administers the nation's major healthcare programs including Medicare, Medicaid, and CHIP, abruptly and unexpectedly changed course in the way it resolves Medicare payments for Roundup claimants creating uncertainty and significant delays for Roundup Medicare lien resolution. Due to Medicare no longer honoring the global lien resolution model, the lien amounts on previously provided closing statements are no longer finalized and/or forthcoming closing statements will be significantly delayed. We anticipate Medicare will reach a final determination within the next 60-90 days, at which point lien resolution will resume."  - Michelle Betz 1/30/2023

Sent email requesting another status update.  - Michelle Betz 6/22/2023

Trustee has received information to move forward and file the Motion to Settle and Motion to Pay Attorney Fees.  Before filing she has requested the UST to review the documents before hand to avoid any issues with the Motions.   - Michelle Betz 9/10/2023

Sent an email to Special Counsel requesting a status of the Motions approval.   - Michelle Betz 10/23/2023

Sent an email to Special Counsel requesting a status of the Motions approval.  - Michelle Betz 5/13/2024

Response from Michelle Mata states that she is inquiring about the funds and will advise as soon as possible.  - Michelle Betz 5/14/2024

Initial Projected Date of Final Report (TFR): 03/31/2023          Current Projected Date of Final Report (TFR): 02/28/2025

Trustee Signature:      /s/ Kimberly R. Lentz          Date: 03/10/2025

Kimberly R. Lentz
PO Box 920
Gulfport, MS 39502
(228)380-1037
krlentz@gmail.com

Exhibit "1"