**Gmail**

**Zachary Wessler <chapter7trustee@wesslerlawgroup.com>**

---

## RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern District of Mississippi, Southern Division, as Chapter 7 Case No, 18-50294-KMS. [IWOV-BUTLERSNOW.FID9459510]

1 message

---

**Michelle Mata** <Mmata@archersystems.com>                                              Fri, Aug 22, 2025 at 1:51 PM
To: Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
Cc: Paul Murphy <Paul.Murphy@butlersnow.com>, Kitty Logan <Kitty.Logan@butlersnow.com>, Stretto DMS - Zach Wessler
<zachary.wessler@caselinkweb.com>, meredith <meredith@symmesestes.com>, Ki'Tari Johnson
<kjohnson@archersystems.com>

Good Afternoon,

The settlement manager has followed up with Defense Counsel regarding the review and approval of the revised Release. In cases as this, an addendum to the Release may be drafted for the Trustee's execution.

The Master Settlement Agreement is a confidential document and we must obtain approval to release this from the firm and Defense Counsel. I was advised this has been escalated as an urgent matter and should have an update by next week. The executed Release is the only document that was needed to release the funds to the Trustees office. I understand the Trustee had edits to the Release prior to signing. Unfortunately, these edits are reviewed in depth and can take longer for approval.

I will have continue to work with the settlement manager and have the issue resolved as soon as possible.

**Thank you,**

**Michelle Mata**
Sr. Bankruptcy Coordination

**ARCHER Systems, LLC**
1775 St. James Place, Suite 200
Houston, TX 77056
Telephone: +1 281-724-4536 x314
Email: mmata@archersystems.com
Website: www.archersystems.com



**The information, statements and opinions contained in this email are based upon ARCHER Systems' interpretation of government and private payer statutes, regulations, and legal memoranda as well as ARCHER's experience in addressing Secondary Payer issues. This is for general information only and is not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and

Exhibit "2"

backups, if any. Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC, or its affiliates.

---

**From:** Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
**Sent:** Monday, August 18, 2025 10:02 AM
**To:** Michelle Mata <Mmata@archersystems.com>
**Cc:** Paul Murphy <Paul.Murphy@butlersnow.com>; Kitty Logan <Kitty.Logan@butlersnow.com>; Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>; meredith <meredith@symmesestes.com>
**Subject:** Re: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern District of Mississippi, Southern Division, as Chapter 7 Case No, 18-50294-KMS. [IWOV-BUTLERSNOW.FID9459510]

> **CAUTION:** This email originated from outside of the organization. Do not click links or open unexpected attachments unless you recognize the sender and know the content is safe.

Dear Ms. Mata,

Good morning. Thank you for providing the settlement statement and the additional information. We appreciate you forwarding the revised Release to the settlement manager and requesting the Master Settlement Agreement.

Could you please provide an update from Defense Counsel regarding the status of their review and approval of the revised Release that Mr. Murphy sent on August 1st? We are trying to expedite the process of administering the Bankruptcy Estate and finalize the settlement of the Claim.

Please be advised that if we do not receive a substantive update by Friday, August 22nd, I will proceed with preparing and filing a motion for the turnover of the settlement funds with the Bankruptcy Court. This motion will include a request for an in-person hearing, which would require the attorneys involved to attend in Mississippi to explain the delay. We are actively trying to avoid the need for court intervention to force a turnover of the settlement funds, and I trust you will be able to provide an update that makes this unnecessary.

Thank you in advance for your assistance and cooperation in resolving this matter promptly.

Sincerely,

Zachary S. Wessler, Sr.

Chapter 7 Bankruptcy Trustee

**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A  **|** Gulfport, MS 39501

Exhibit "2"

18-50294-KMS    Dkt 63-2    Filed 09/18/25    Entered 09/18/25 12:10:10    Page 3 of 21

9/12/25, 10:04 AM          Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

Phone: (228) 207-0496

Email: chapter7trustee@wesslerlawgroup.com

PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

On Fri, Aug 8, 2025 at 10:03 AM Michelle Mata <Mmata@archersystems.com> wrote:

Good Morning,

I have forward your email below and the revised Release to the settlement manager. The release will need to be reviewed and approved by Defense Counsel. I have also requested the Master Settlement Agreement as this is a confidential document and details a list of all claimants. I have attached a copy of the settlement statement providing the net breakdown of the gross allocation.

**Thank you,**

**Michelle Mata**
Sr. Bankruptcy Coordination

**ARCHER Systems, LLC**
1775 St. James Place, Suite 200
Houston, TX 77056
Telephone: +1 281-724-4536 x314
Email: mmata@archersystems.com
Website: www.archersystems.com



**The information, statements and opinions contained in this email are based upon ARCHER Systems' interpretation of government and private payer statutes, regulations, and legal memoranda as well as ARCHER's experience in addressing Secondary Payer issues. This is for general information only and is not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and backups, if any. Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC, or its affiliates.

**From:** Paul Murphy <Paul.Murphy@butlersnow.com>
**Sent:** Friday, August 1, 2025 2:09 PM

Exhibit "2"

18-50294-KMS Dkt 63-2 Filed 09/18/25 Entered 09/18/25 12:10:10 Page 4 of 21

9/12/25, 10:04 AM                    Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di...

**To:** Michelle Mata <Mmata@archersystems.com>
**Cc:** 'Zachary Wessler' <chapter7trustee@wesslerlawgroup.com>; 'Zachary Wessler' <chapter7trustee@wesslerlawgroup.com>; Kitty Logan <Kitty.Logan@butlersnow.com>
**Subject:** In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern District of Mississippi, Southern Division, as Chapter 7 Case No, 18-50294-KMS. [IWOV-BUTLERSNOW.FID9459510]

---

You don't often get email from paul.murphy@butlersnow.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open unexpected attachments unless you recognize the sender and know the content is safe.

---

Ms. Mata (Archer Systems) and Defense Counsel,

My firm represents Zachary S. Wessler, Sr., Chapter 7 Trustee ("Wessler" and the "Trustee") in the matter styled *In re: J.B. Saucier and Barbara Carole Saucier*, currently pending in the United States Bankruptcy Court for the Southern District of Mississippi, Southern Division, as Case No, 18-50294-KMS. Attached is a copy of the Bankruptcy Court order approving The Trustee's Application to employ me and my firm for the referenced matter. As you may be aware, at the time of his Bankruptcy filing, the Debtor/Decedent, J.B. Saucer, a/k/a James Saucier, maintained a claim for personal injury against the Monsanto Company related to his use and/or exposure to certain "Roundup Products" (the "Claim") - which Claim became property of the Bankruptcy Estate in accordance with 11 U.S.C. § 541(a). Since his appointment as Successor Trustee, Mr. Wessler has sought, via calls and multiple emails, substantive information regarding the Claim and attention to this matter – each without success or substantive responses from Archer Systems as Settlement Administrator for this Claim or Defense Counsel. As such, this communication is a good faith attempt to have you and Defense Counsel respond to the Trustee's inquiries and concerns. Please provide the following to Mr. Wessler:

1.   A copy of, or a link to, the Master Settlement Agreement;

2.   An update on the Claim including, but not limited to, the status of Decedent's enrollment in, and eligibility for, the Settlement Program; the status of the Effective Date of the Agreement; and the status of disbursements on the Claim;

3.   An update on the settlement award for the Claim including the gross amount and an itemization of all liens, payments and other deductions therefrom in order to accurately calculate the net proceeds of settlement of the Claim to the Bankruptcy Estate;

4.   Any other information impacting, or potentially impacting, the Claim and the settlement of same.

Regarding settlement of the Claim, I will reiterate Mr. Wessler's earlier qualification in this matter that any Release, Stipulation, or other document to be executed in connection with the Claim held by the Bankruptcy Estate, may only be executed by Mr. Wessler solely in his official capacity as the duly appointed Chapter 7 Trustee for the referenced Bankruptcy Estate, and not in his individual capacity and not for any other person or entity. Nor may Mr. Wessler, as the duly appointed Chapter 7 Trustee for the referenced Bankruptcy Estate, indemnify and/or hold harmless the Released Parties for and from any claims other than those held by the Bankruptcy Estate. Such actions would exceed the scope of the Trustee's statutory authority. To that end, attached is a revised Release for review and comment/approval. Upon receipt and consideration of the information requested above, and upon agreement to a revised Release, it is the Trustee's intention to obtain a Bankruptcy Court order authorizing the consummation of settlement of the Claim.

Again, this is a good faith attempt to administer the Claim held by the Bankruptcy Estate and avoid the Court's involvement to address same.

I thank you for your anticipated cooperation and invite you and Defense Counsel to contact me or Mr. Wessler directly with any questions.

Regards,

**Paul S. Murphy**

Exhibit "2"

18-50294-KMS Dkt 63-2 Filed 09/18/25 Entered 09/18/25 12:10:10 Page 5 of 21

9/12/25, 10:04 AM     Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

## Butler Snow LLP

D: (228) 575-3033 | F: (228) 868-1531

1300 25th Avenue, Suite 204 Gulfport, MS 39501

P.O. Drawer 4248, Gulfport, MS 39502-4248

paul.murphy@butlersnow.com| vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
**Sent:** Wednesday, July 2, 2025 3:01 PM
**To:** Paul Murphy <Paul.Murphy@butlersnow.com>
**Subject:** Fwd: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability Settlement Monies?

 **This message could be suspicious**
 • Similar name as someone you've contacted.

Paul,

Please see the settlement administrators' response to my email from earlier today below, and let me know if you have some time to discuss either today or tomorrow.

Thanks,

Zach

**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A | Gulfport, MS 39501

Phone**:** (228) 207-0496

Email**:** chapter7trustee@wesslerlawgroup.com

Exhibit "2"

18-50294-KMS   Dkt 63-2   Filed 09/18/25   Entered 09/18/25 12:10:10   Page 6 of 21

9/12/25, 10:04 AM                    Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

---------- Forwarded message ---------
From: **Michelle Mata** <Mmata@archersystems.com>
Date: Wed, Jul 2, 2025 at 2:40 PM
Subject: RE: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability Settlement Monies?
To: Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
Cc: Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>, meredith@symmesestes.com <meredith@symmesestes.com>

Good Afternoon,

I have followed up with management regarding the status of the requested full copy of the release. In my previous email, Defense Counsel has pushed back on providing the release in WD format. We ask that the PDF form be redlined with requested edits and we can have Defense Counsel review for approval.

Thank you,

**Michelle Mata**

Bankruptcy Coordination

**ARCHER Systems, LLC**

1775 St. James Place, Suite 200
Houston, TX 77056

Telephone: (281) 724-4536
Fax: (713) 456-2834

Email: mmata@archersystems.com

Website: www.archersystems.com



18-50294-KMS   Dkt 63-2   Filed 09/18/25   Entered 09/18/25 12:10:10   Page 7 of 21

9/12/25, 10:04 AM                    Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

**The information, statements and opinions contained in this email are based upon ARCHER Systems' interpretation of government and private payer statutes, regulations and legal memoranda as well as ARCHER's experience in addressing Secondary Payer issues. This is for general information only and is not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and backups, if any. Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC.

**From:** Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
**Sent:** Wednesday, July 2, 2025 12:12 PM
**To:** Michelle Mata <Mmata@archersystems.com>
**Cc:** Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>; meredith@symmesestes.com
**Subject:** Re: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability Settlement Monies?

> **CAUTION:** This email originated from outside of the organization. Do not click links or open unexpected attachments unless you recognize the sender and know the content is safe.

Hi Ms. Mata,

I don't understand why I have not been provided with the complete version of the release. The version you sent references "Exhibit D," which implies it's part of a larger document. Please send me the full release, including all referenced exhibits. I also don't understand why I haven't been given a Word version of the release so that I can provide redlines efficiently—particularly where edits are required for court review and trustee approval.

As I've explained, I am willing to sign a release, but only in my official capacity as the Chapter 7 Trustee. I cannot sign in my individual capacity, nor can I release claims on behalf of any party other than the bankruptcy estate itself. My authority is limited to administering property of the estate under the Bankruptcy Code. I also cannot agree to any indemnification or hold harmless provisions. Those provisions would impermissibly expose the estate to future liabilities and are beyond the scope of my statutory authority.

Accordingly, please ensure that defense counsel understands that any such language will need to be stricken, and the release must be revised to reflect that it is being executed solely by the trustee, on behalf of the bankruptcy estate, and only with respect to estate-held claims.

Let me know when I can expect the complete document in Word format so I can proceed with preparing the appropriate motion.

**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A  **|**  Gulfport, MS 39501

Exhibit "2"

18-50294-KMS    Dkt 63-2    Filed 09/18/25    Entered 09/18/25 12:10:10    Page 8 of 21

9/12/25, 10:04 AM          Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

Phone: (228) 207-0496

Email: chapter7trustee@wesslerlawgroup.com

PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It
has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any
unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have
received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

On Mon, Jun 23, 2025 at 7:24 PM Michelle Mata <Mmata@archersystems.com> wrote:

May I also have the edits you wish to make on the Release. Defense Counsel will usually not provide the release in
WD format, but I can provide your edits to Defense Counsel for review.

Thank you,

**Michelle Mata**

Bankruptcy Coordination

**ARCHER Systems, LLC**

1775 St. James Place, Suite 200
Houston, TX 77056

Telephone: (281) 724-4536
Fax: (713) 456-2834

Email: mmata@archersystems.com

Website: www.archersystems.com



**The information, statements and opinions contained in this email are based upon ARCHER Systems' interpretation of
government and private payer statutes, regulations and legal memoranda as well as ARCHER's experience in
addressing Secondary Payer issues. This is for general information only and is not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee. The
information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended
recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly

Exhibit "2"

prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and backups, if any. Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC.

---

**From:** Michelle Mata
**Sent:** Monday, June 23, 2025 7:12 PM
**To:** Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
**Cc:** Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>; meredith@symmesestes.com
**Subject:** RE: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability Settlement Monies?

Good Evening,

I have requested a full copy of the document from the firm and Defense Counsel information. I will have this to you shortly.

Thank you,

**Michelle Mata**

Bankruptcy Coordination

**ARCHER Systems, LLC**

1775 St. James Place, Suite 200
Houston, TX 77056

Telephone: (281) 724-4536
Fax: (713) 456-2834

Email: mmata@archersystems.com

Website: www.archersystems.com



**The information, statements and opinions contained in this email are based upon ARCHER Systems' interpretation of government and private payer statutes, regulations and legal memoranda as well as ARCHER's experience in**

Exhibit "2"

18-50294-KMS   Dkt 63-2   Filed 09/18/25   Entered 09/18/25 12:10:10   Page 10 of 21

9/12/25, 10:04 AM          Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

**addressing Secondary Payer issues. This is for general information only and is not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and backups, if any. Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC.

---

**From:** Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
**Sent:** Monday, June 23, 2025 8:12 AM
**To:** Michelle Mata <Mmata@archersystems.com>
**Cc:** Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>; meredith@symmesestes.com
**Subject:** Fwd: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability Settlement Monies?

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open unexpected attachments unless you recognize the sender and know the content is safe.

---

Ms. Mata:

Following up on the emails below. Do you have any updates?

Thank you.

**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A **|** Gulfport, MS 39501

Phone**:** (228) 207-0496

Email**:** chapter7trustee@wesslerlawgroup.com

PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

Exhibit "2"

18-50294-KMS   Dkt 63-2   Filed 09/18/25   Entered 09/18/25 12:10:10   Page 11 of 21

9/12/25, 10:04 AM                Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

---------- Forwarded message ---------
From: **Zachary Wessler** <chapter7trustee@wesslerlawgroup.com>
Date: Sun, Jun 15, 2025 at 10:17 PM
Subject: Re: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability Settlement Monies?
To: Michelle Mata <Mmata@archersystems.com>
CC: Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>, meredith@symmesestes.com
<meredith@symmesestes.com>


Hi Ms. Mata:


I have a couple of questions regarding the release document you sent. First, the document is labeled "Exhibit D." Would it be possible for you to send me the complete document, including all exhibits?


Second, could you please provide Exhibit D in Word format? As the bankruptcy trustee, there are a few items I will need to redline before it can be signed.


Finally, what is the name of the defense attorney who sent you the release and what is their contact information?


Thank you for your help with this.


Sincerely,

Zachary Wessler


**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A **|** Gulfport, MS 39501

Phone**:** (228) 207-0496

Email**:** chapter7trustee@wesslerlawgroup.com


PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.


Exhibit "2"

9/12/25, 10:04 AM          Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

On Wed, May 28, 2025 at 2:03 PM Michelle Mata <Mmata@archersystems.com> wrote:

Good Afternoon,

I apologize for the delay. I just received the attached release for your review. I understand a motion will be filed with the court to authorize your signature on behalf of the bankruptcy estate as the successor trustee.

Please let me know if there is any additional documents needed.

Thank you,

**Michelle Mata**

Bankruptcy Coordination

**ARCHER Systems, LLC**

1775 St. James Place, Suite 200
Houston, TX 77056

Telephone: (281) 724-4536
Fax: (713) 456-2834

Email: mmata@archersystems.com

Website: www.archersystems.com



**The information, statements and opinions contained in this email are based upon ARCHER Systems' interpretation of government and private payer statutes, regulations and legal memoranda as well as ARCHER's experience in addressing Secondary Payer issues. This is for general information only and is not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and backups, if any. Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC.

Exhibit "2"

18-50294-KMS    Dkt 63-2    Filed 09/18/25    Entered 09/18/25 12:10:10    Page 13 of 21

9/12/25, 10:04 AM                    Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

**From:** Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
**Sent:** Tuesday, May 27, 2025 12:04 PM
**To:** Michelle Mata <Mmata@archersystems.com>
**Cc:** Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>
**Subject:** Re: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability
Settlement Monies?

**CAUTION:** This email originated from outside of the organization. Do not click links or open unexpected
attachments unless you recognize the sender and know the content is safe.

Good afternoon, Ms. Mata,

I hope you had a pleasant Memorial Day weekend. I am following up on our call last week, could you please send
over the proposed release we discussed? As mentioned, I will be drafting a motion for the bankruptcy court to
authorize my signature on behalf of the bankruptcy estate as the successor trustee and I need the proposed
release to be able to file the motion. If the proposed settlement agreement includes any trade secrets or
commercially sensitive information that might necessitate an in-camera review by the bankruptcy court - and I
have a written request from defense counsel - I will also consider preparing a motion to file the proposed release
as a sealed exhibit.

Thanks.

**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A **|** Gulfport, MS 39501

Phone**:** (228) 207-0496

Email**:** chapter7trustee@wesslerlawgroup.com

PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally
privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby
notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly
prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original
message.

On Tue, May 20, 2025 at 9:39 AM Michelle Mata <Mmata@archersystems.com> wrote:

    Good Morning,

Exhibit "2"

I have been speaking with the firm, Pulaski Kherkher PLLC. I have requested the contact information for defense Counsel and our management team has been in review of the probate issue. Since the heirs are not wanting to proceed with the settlement, will the Trustee be willing to execute a Release. We have had this issue before and since the Trustee has claimed the settlement, Defense Counsel has allowed an executed Trustee Release of all claims.

Thank you,

**Michelle Mata**

Bankruptcy Coordination

**ARCHER Systems, LLC**

1775 St. James Place, Suite 200
Houston, TX 77056

Telephone: (281) 724-4536
Fax: (713) 456-2834

Email: mmata@archersystems.com

Website: www.archersystems.com



**The information, statements and opinions contained in this email are based upon ARCHER Systems' interpretation of government and private payer statutes, regulations and legal memoranda as well as ARCHER's experience in addressing Secondary Payer issues. This is for general information only and is not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and backups, if any. Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC.

Exhibit "2"

**From:** Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
**Sent:** Friday, May 16, 2025 11:49 AM
**To:** Michelle Mata <Mmata@archersystems.com>
**Cc:** meredith@symmesestes.com; Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>
**Subject:** Re: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability Settlement Monies?

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open unexpected attachments unless you recognize the sender and know the content is safe.

---

Good morning, Ms. Mata:

Following up on the emails exchanged below.

1. Do you have any update(s) from your probate department?

2. Which firm are you referring to that you have been in correspondence with? What attorneys within that firm have you been in correspondence with? Please share their contact information so that I can reach them directly.

3. Who is Defense Counsel? Please share their contact information so that I can reach them directly.

Thank you very much and have a nice weekend.

**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A **|** Gulfport, MS 39501

Phone**:** (228) 207-0496

Email**:** chapter7trustee@wesslerlawgroup.com

PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

On Mon, Apr 28, 2025 at 9:29 AM Michelle Mata <Mmata@archersystems.com> wrote:

Exhibit "2"

Good Morning,

I have been in correspondence with the firm. There is a probate issue that has delayed the release of the funds. I have reached out to our probate department to determine what is needed for resolution. The funds are in a qualified settlement account. Defense Counsel releases these funds once all liens, including probate, our resolved.

Thank you,

**Michelle Mata**

Bankruptcy Coordination

**ARCHER Systems, LLC**

1775 St. James Place, Suite 200
Houston, TX 77056

Telephone: (281) 724-4536
Fax: (713) 456-2834

Email: mmata@archersystems.com

Website: www.archersystems.com



**The information, statements and opinions contained in this email are based upon ARCHER Systems' interpretation of government and private payer statutes, regulations and legal memoranda as well as ARCHER's experience in addressing Secondary Payer issues. This is for general information only and is not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and backups, if any. Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC.

Exhibit "2"

**From:** Zachary Wessler <chapter7trustee@wesslerlawgroup.com>
**Sent:** Friday, April 25, 2025 9:55 AM
**To:** Michelle Mata <Mmata@archersystems.com>
**Cc:** meredith@symmesestes.com; Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>
**Subject:** Re: 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability Settlement Monies?

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open unexpected attachments unless you recognize the sender and know the content is safe.

---

Good morning, Ms. Mata:

I am following up on my previous email. Are there any updates regarding the status and location of the settlement funds for the James (J.B.) Saucier products liability case, Bankruptcy Case No. 18-50294 KMS? If you could please provide me any information you have gathered since April 18th, I would appreciate it.

Best,

Zach

**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A | Gulfport, MS 39501

Phone: (228) 207-0496

Email: chapter7trustee@wesslerlawgroup.com

PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

On Mon, Apr 21, 2025 at 10:39 AM Michelle Mata <Mmata@archersystems.com> wrote:

> Good morning,
>
> I have requested an update from our QSF team regarding disbursement. I sent on a priority request and have included the management team for an update. I will advise as soon as I receive a response.

Exhibit "2"

18-50294-KMS   Dkt 63-2   Filed 09/18/25   Entered 09/18/25 12:10:10   Page 18 of 21

9/12/25, 10:04 AM                    Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di…

Thank you,

**Michelle Mata**

Bankruptcy Coordination

**ARCHER Systems, LLC**

1775 St. James Place, Suite 200
Houston, TX 77056

Telephone: (281) 724-4536
Fax: (713) 456-2834

Email: mmata@archersystems.com

Website: www.archersystems.com



**The information, statements and opinions contained in this email are based upon ARCHER Systems'
interpretation of government and private payer statutes, regulations and legal memoranda as well as
ARCHER's experience in addressing Secondary Payer issues. This is for general information only and is
not to be considered legal advice.**

The contents of this email message and any attachments are confidential and are intended solely for addressee.
The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to
the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of
this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by
reply email or at (800) 939-8720 and delete this message and its attachments, all copies, and backups, if any.
Unauthorized interception of this email is a violation of Federal criminal law. Any views or opinions expressed in
this email are solely those of the author and do not necessarily represent those of ARCHER Systems, LLC.

**From:** chapter7trustee@wesslerlawgroup.com <chapter7trustee@wesslerlawgroup.com>
**Sent:** Tuesday, March 11, 2025 3:34 PM
**To:** Michelle Mata <Mmata@archersystems.com>
**Cc:** meredith@symmesestes.com; Stretto DMS - Zach Wessler <zachary.wessler@caselinkweb.com>
**Subject:** 18-50294 J.B. SAUCIER AND BARBARA CAROLE SAUCIER - Status of Products Liability
Settlement Monies?
**Importance:** High

Exhibit "2"

> **CAUTION:** This email originated from outside of the organization. Do not click links or open unexpected attachments unless you recognize the sender and know the content is safe.

Ms. Mata,

I am writing in search of an update on the James (J.B.) Saucier products liability settlement. Trustee Kimberly Lentz retired and I am the successor trustee on the case. I see notes in her file where she was asking you for updates periodically, the last being in May 2024. At your earliest convenience, can you please write me back to give me an update on the status of the settlement funds? Thank you.

**Respectfully,**

*Zachary S. Wessler, Sr.*

**Ch. 7 Bankruptcy Trustee, SDMS**

1806 23rd Avenue, Suite A **|** Gulfport, MS 39501

Phone**:** (228) 207-0496

Email**:** chapter7trustee@wesslerlawgroup.com

PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security

Exhibit "2"

18-50294-KMS  Dkt 63-2  Filed 09/18/25  Entered 09/18/25 12:10:10  Page 20 of 21

9/12/25, 10:04 AM          Wessler Law Group Mail - RE: In re: J.B. Saucier and Barbara Carole Saucier, United States Bankruptcy Court for the Southern Di...

awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

Exhibit "2"

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.



**image004.png**
8K