# **SETTLEMENT LEDGER**

| | |
|---|---|
| **James Saucier**<br>**18562  Spring Birar Trl**<br>**Saucier, MS 39574** | **Claimant ID#:**  PULRUA10785<br>**Net Amount Due:**  $26,500.35<br>**Date:**  July 27, 2023 |

| **Settlement Allocation** | $101,500.00 |
|---|---:|

**Attorneys' Fees**

| | | |
|---|---|---:|
| Contingency Fee Contract Rate: 40.00% | | |
| <u>Detailed Accounting by Law Firm:</u> | | |
| DeMayo Law Offices PLLC | 55.00% of attorneys' fees | ($22,330.00) |
| Pulaski Kherkher, PLLC | 45.00% of attorneys' fees | ($18,270.00) |
| | **Total Attorneys' Fees:** | **($40,600.00)** |

**Medical Liens** [1]

| | | |
|---|---|---:|
| Medicare | Lien Resolved To: | ($12,931.10) |
| Humana, Inc. (PLRP) | Lien Resolved To: | $0.00 |
| United Healthcare (Optum) | Lien Resolved To: | $0.00 |
| Southeast Louisiana VAMC (New Orleans, LA) (MSCPAC) | Lien Resolved To: | ($17,521.19) |
| | **Total Medical Liens:** | **($30,452.29)** |

**Case Expenses** (See attached accounting)

| | |
|---|---:|
| Administrative Expenses | ($3,514.55) |
| General and Case-specific Expenses | ($432.81) |
| **Total Case Expenses:** | **($3,947.36)** |

**Case Advances**

| | |
|---|---:|
| **Total Case Advances:** | **($0.00)** |

| **Net Allocation Amount Due To Claimant** | **$26,500.35** |
|---|---:|

*Important Note: If you contact the Claimant Advocacy Group ("CAG") to assist you with preserving needs-based government benefits, their fee will be deducted from a subsequent payment if not yet already included on your breakdown below.

PULRUA-1886-10785-CS230727-01-S



Exhibit "3"

## Administrative Expenses

| | |
|---|---:|
| Lien Resolution Fee [2] | ($1,100.00) |
| Qualified Settlement Fund Administration Fees [3] | ($375.00) |
| Claims Administration Fee | ($125.00) |
| Bankruptcy Coordination Fee | ($700.00) |
| Probate Coordination Fee | ($1,200.00) |
| Postage | ($14.55) |
| ARCHER Investigative Services | ($0.00) |
| **Total Administrative Fees:** | **($3,514.55)** |

## Primary Counsel Expenses

**Please note that the expenses below were reported by your primary law firm, PULASKI KHERKHER, PLLC, to the Settlement Fund Trustee (ARCHER Systems), which assumes no responsibility or liability for the accuracy or reasonableness of the expenses. For questions concerning the accounting below, please contact your primary law firm.**

**Claimant Portion of Primary Firm General Expenses**                        **($14.76)**

| | |
|---|---:|
| Interest On Expenses | $0.00 |
| Expert & Medical Record Review | ($15.75) |
| Postage & Faxes | ($2.30) |
| Medical Record Retrieval | ($25.00) |
| Roundup Admin Expense | ($375.00) |
| **Total Primary Counsel Expenses:** | **($418.05)** |

---

[1] Lien Verification is a requirement of the Roundup Master Settlement Agreement with Monsanto. As such, Archer verified the existence of potential liens for each client in the settlement with Medicare, state Medicaid, and private healthcare insurance companies.

[2] There is a cost incurred for negotiating your medical lien(s) and/or lien reduction(s), the amount of this fee is dependent upon the specific type(s) of lien(s) you have. Archer negotiated your final lien provider(s) detailed above.

[3] Fees associate with the retention of Trustee, the management of client and firm ledgers, coordination with defense on client approval, and the ultimate distribution of funds.

PULRUA-1886-10785-CS230727-01-S




Exhibit "3"