

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: October 15, 2025**

_____The Order of the Court is set forth below. The docket reflects the date entered._____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    **J.B. SAUCIER**                                      **CASE NO. 18-50294 KMS**
    **BARBARA CAROLE SAUCIER**

    **DEBTORS.**                                             **CHAPTER 7**

## <u>ORDER RESETTING HEARING</u>

This matter came on this date on the Motion to Compel Turnover of Class Action Settlement Proceeds filed by the Trustee (the "Motion") (Dkt. #63) and the Court having considered the facts herein, finds that the hearing on October 16, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for November 4, 2025, at 9:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841