# Proceeding Minutes / Proceeding Memo

**Case #:** 18-50294     **Case Name:** J.B. Saucier and Barbara Carole Saucier

**Set:** 11/04/2025 09:00 am   **Chapter:** 7   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Motion to Compel Turnover of Class Action Settlement Proceeds Filed by Trustee Zachary S Wessler Sr (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)  (Dkt. #63)

---

Minute Entry Re: (related document(s): [63] Motion to Compel filed by Zachary S Wessler) Wessler to file a Motion to Withdraw with an order. Order due by 11/18/2025. Email received from Wessler. (mcc)