UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  JAMES "J.B." SAUCIER AND                                                            DEBTORS
        BARBARA CAROLE SAUCIER

CHAPTER 7                                                                        CASE NO. 18-50294-KMS

---

MOTION TO WITHDRAW MOTION TO COMPEL TURNOVER
OF CLASS ACTION SETTLEMENT PROCEEDS

---

COMES NOW, **Zachary S. Wessler, Sr.**, Chapter 7 Trustee (hereinafter "Trustee Wessler"), by and through undersigned counsel, and respectfully moves this Honorable Court for entry of an Order permitting withdrawal of the *Motion to Compel Turnover of Class Action Settlement Proceeds* (Dkt. No. 63). In support thereof, Trustee Wessler states as follows:

1. On September 18, 2025, Trustee Wessler filed the *Motion to Compel Turnover of Class Action Settlement Proceeds* (the "Turnover Motion"), seeking an order directing Archer Systems, LLC, Settlement Administrator for the Roundup litigation, to remit the estate's settlement funds.

2. Subsequent to the filing of the Turnover Motion, the underlying issues between the Trustee and the Settlement Administrator have been resolved, and the relief requested in the Turnover Motion is no longer necessary.

3. Accordingly, Trustee Wessler respectfully requests leave of Court to withdraw the Turnover Motion.

**WHEREFORE, PREMISES CONSIDERED**, Trustee Wessler prays that this Court enter the proposed Order attached hereto, granting leave to withdraw the Turnover Motion, and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED, this the 21st day of October, 2025.

**ZACHARY S. WESSLER, SR., TRUSTEE**

By:  */s/ Zachary S. Wessler, Sr.*
     ZACHARY S. WESSLER, SR., *Attorney*

**OF COUNSEL:**

Zachary S. Wessler, Sr. (MSB #105849)
**SYMMES & ESTES, PLLC**
1806 23rd Avenue, Suite A
Gulfport, MS 39501
Telephone: (228) 207-0496
Email: zach@symmesestes.com
*Attorney for Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

I, Zachary S. Wessler, Sr., do hereby certify that I have this date electronically transmitted, via CM/ECF noticing, a true and correct copy of the foregoing *Motion to Withdraw Motion to Compel Turnover of Class Action Settlement Proceeds* to all counsel of record, including:

- United States Trustee – USTPRegion05.JA.ECF@usdoj.gov
- Thomas C. Rollins, Jr., Esq. – trollins@therollinsfirm.com
- Paul Murphy, Esq. – paul.murphy@butlersnow.com

I further certify that I have transmitted a copy by electronic mail to:

> **Michelle Mata**
> Archer Systems, LLC
> mmata@archersystems.com

SO CERTIFIED this the 21st day of October, 2025.

*/s/ Zachary S. Wessler, Sr.*
ZACHARY S. WESSLER, SR.