**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  JAMES "J.B." SAUCIER AND            CASE NO. 18-50294-KMS
BARBARA CAROLE SAUCIER

DEBTORS                                                              CHAPTER 7

**ORDER GRANTING MOTION TO WITHDRAW MOTION TO COMPEL TURNOVER OF CLASS ACTION SETTLEMENT PROCEEDS (Dkt. No. 69)**

This matter came before the Court on the *Motion to Withdraw Motion to Compel Turnover of Class Action Settlement Proceeds* (the "Motion") filed by Chapter 7 Trustee, Zachary S. Wessler, Sr. (Dkt. No. 69). The Court, having considered the Motion and being otherwise fully advised in the premises, finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the *Motion to Withdraw Motion to Compel Turnover of Class Action Settlement Proceeds* is hereby **GRANTED**, and the previously filed *Motion to Compel Turnover of Class Action Settlement Proceeds* (Dkt. No. 63) is **WITHDRAWN**.

##END OF ORDER##

SUBMITTED BY:

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE AND ATTORNEY FOR TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com