United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 18-50294-KMS
J.B. Saucier     Chapter 7
Barbara Carole Saucier
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Oct 22, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

**Recip ID     Recipient Name and Address**
db/jdb     + J.B. Saucier, Barbara Carole Saucier, 1702 42nd Ave, Gulfport, MS 39501-3834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

**Name     Email Address**

Kimberly R. Lentz
    on behalf of Trustee Kimberly R. Lentz krlentz@gmail.com

Robert Alan Byrd
    on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrdwiser.com
    wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Barbara Carole Saucier trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Creditor Navigator Credit Union trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 22, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor J.B. Saucier trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
    chapter7trustee@wesslerlawgroup.com
    meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

Zachary S. Wessler, Sr
    on behalf of Trustee Zachary S Wessler Sr zach@symmesestes.com, meredith@symmesestes.com;gina@symmesestes.com

TOTAL: 8

_____

                         **SO ORDERED,**

*[Signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 22, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: JAMES "J.B." SAUCIER AND BARBARA CAROLE SAUCIER | CASE NO. 18-50294-KMS |
| DEBTORS | CHAPTER 7 |

### ORDER GRANTING MOTION TO WITHDRAW MOTION TO COMPEL TURNOVER OF CLASS ACTION SETTLEMENT PROCEEDS (Dkt. No. 69)

This matter came before the Court on the *Motion to Withdraw Motion to Compel Turnover of Class Action Settlement Proceeds* (the "Motion") filed by Chapter 7 Trustee, Zachary S. Wessler, Sr. (Dkt. No. 69). The Court, having considered the Motion and being otherwise fully advised in the premises, finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the *Motion to Withdraw Motion to Compel Turnover of Class Action Settlement Proceeds* is hereby **GRANTED**, and the previously filed *Motion to Compel Turnover of Class Action Settlement Proceeds* (Dkt. No. 63) is **WITHDRAWN**.

##END OF ORDER##

SUBMITTED BY:

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE AND ATTORNEY FOR TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com