# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

J.B. SAUCIER  
BARBARA CAROLE SAUCIER

CASE NO: 18-50294-KMS

DEBTORS

CHAPTER 7

## TRUSTEE'S APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF SPECIAL COUNSEL

**COMES NOW**, Zachary S. Wessler, Sr., Trustee and files this *Application for Allowance of Compensation and Reimbursement of Necessary Expenses* on behalf of Paul S. Murphy and his law firm (Butler Snow, LLP) ("Special Counsel") pursuant to 11 U.S.C. §§ 330, 331 and Fed. R. Bankr. P. 2016(a), and states the following:

**A.   Background**

**1.**   On February 20, 2018, J.B. Saucier and Barbara Carole Saucier ("Debtors") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The case was closed on June 26, 2018, and was reopened by Order of this Court dated March 28, 2022. On January 17, 2025, following the rejection of appointment by Kimberly R. Lentz, Zachary S. Wessler, Sr. was appointed as the Successor Chapter 7 Trustee ("Successor Trustee"). The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding under 28 U.S.C. §157(b).

**2.**   On July 7, 2025, this Court entered an Order approving the Trustee's Application to Employ Butler Snow LLP as Special Counsel (Dkt# 60) [Dkt. 61].

**3.**   Special Counsel's hourly rate for the period covered does not exceed $400.00, which rate has been previously approved by this Court and other courts, and which rate reflects a

rate customarily charged in the Southern District of Mississippi for such bankruptcy work, and said fees are not contingent.[1]

4. This is the First and Final Application for Compensation for Special Counsel.

5. The time period of the services covered by this First and Final Application is July 2, 2025, through October 23, 2025. A copy of the statement for services with time itemized is attached hereto as **Exhibit "A"**.

**B. Case Status**

1. The financial condition of this Chapter 7 case is as follows:

    a. The estate received $105,000.00 from the Monsanto class action settlement, which was reduced by $33,952.29 in liens paid to Medicaid and the Southeast Louisiana VA Medical Center.
    b. The cash on deposit as of November 3, 2025, is $71,047.71.
    c. The unpaid administrative expenses are: (i) the statutory trustee's fee and expenses, (ii) the $10,080 attorney fees requested herein, (iii) the $7,360 attorney fees requested in the next filing, and (iv) previously approved but unpaid special counsel fees of $44,547.36 pursuant to Court Order dated November 29, 2023 (Dkt. 52).
    d. All funds on deposit are unencumbered.
    e. Operating profit or loss is not applicable in this case.

2. This is a Chapter 7 case and, therefore, no plan disclosure statement or quarterly fees are applicable.

**C. Project Summary**

1. Work that Special Counsel performed for the Trustee is set forth on **Exhibit "A"**.

2. Special Counsel asserts that the statement for services attached hereto as **Exhibit "A"** reflects professional legal work necessitated to negotiate and revise complex release

---

[1] Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499 F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir., *cert. denied*, 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation, and the fee requested by Applicant is supported by the *Johnson* criteria as shown herein. In addition, the fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

agreements for the Monsanto class action settlement, protect the trustee and the estate under the terms of a release and settlement agreement, and to enforce settlement and compel turnover of settlement funds to the bankruptcy estate.

### D. Evaluation Standards

1. The compensation, fee and allowance herein claimed belongs wholly to Special Counsel and will not be divided, shared or pooled, directly or indirectly, with any other person or firm.

2. Special Counsel does not believe he was precluded from taking other employment as a result of the employment herein.

3. Special Counsel's attorneys are experienced in the field of bankruptcy law, as well as in the general practice of law. Special Counsel's attorneys are members in good standing of the Mississippi Bar Association and are admitted to practice in the United States District Court for the Southern District of Mississippi.

Trustee has reviewed the instant application and approves same.

**WHEREFORE, PREMISES CONSIDERED**, Zachary S. Wessler, Sr., Chapter 7 Trustee, respectfully requests that this Court approve Special Counsel's First and Final Application for Compensation, and approve the payment of fees in the amount of $10,080.00, and expenses in the amount of $0.00, for a total amount of $10,080.00, from the unencumbered and unrestricted funds of the bankruptcy estate and requests any additional relief that may be just and proper under the circumstances.

**RESPECTFULLY SUBMITTED** on this the 3rd day of November, 2025.

ZACHARY S. WESSLER, SR., TRUSTEE

By: */s/ Zachary S. Wessler, Sr.*
ZACHARY S. WESSLER, SR.

## **CERTIFICATE OF SERVICE**

I, Zachary S. Wessler, Sr., do hereby certify that I have this date mailed by United States Mail, postage prepaid, or electronically transmitted *via* CM/ECF Noticing, a true and correct copy of the ***Trustee's Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Special Counsel*** to the following on the day and year hereinafter set forth:

| | |
|---|---|
| Thomas Carl Rollins, Jr. | Paul Murphy., Esq. |
| trollins@therollinsfirm.com | Butler Snow, PLLC |
| ***Attorney for Debtors*** | paul.murphy@butlersnow.com |
| | ***Trustee's Special Counsel*** |

USTPRegion05.JA.ECF@usdoj.gov
**United States Trustee**

**SO CERTIFIED** on this the 3rd day of November, 2025.

ZACHARY S. WESSLER, SR., TRUSTEE

By:    ***/s/ Zachary S. Wessler, Sr.***
ZACHARY S. WESSLER, SR.

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com

**4**