

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Zachary S. Wessler, Sr., Esq., Ch. 7 Tru   **Invoice Number:** 10498855
**Matter Number:** 064654.258783   **Invoice Date:** October 24, 2025
**Billing Professional**: Paul S. Murphy

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Zachary S. Wessler
Zachary S. Wessler, Sr., Esq., Ch. 7 Tru
1806 23rd Avenue
Suite A
Gulfport, MS  39501

**Matter:**  In Re:  J.B. Saucier, Barbara Carole Saucier

## INVOICE SUMMARY

For Services Rendered Through October 23, 2025

| | |
|---|---:|
| **TOTAL FEES FOR CURRENT PERIOD** | **$10,080.00** |
| **TOTAL EXPENSES FOR CURRENT PERIOD** | **$0.00** |
| **TOTAL FEES AND EXPENSES** | **$10,080.00** |
| **TOTAL AMOUNT DUE** | **$10,080.00** |

*Please reference matter and invoice number(s) with payment.*   Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010  
Ridgeland, MS 39158-6010  
Main (601) 948-5711  
Fax (601) 985-4500

**Client:** Zachary S. Wessler, Sr., Esq., Ch. 7 Tru  
**Matter Number:** 064654.258783  
**Billing Professional:** Paul S. Murphy

**Invoice Number:** 10498855  
**Invoice Date:** October 24, 2025

**Matter:** In Re: J.B. Saucier, Barbara Carole Saucier

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/02/25 | PSM | Call with Ch. 7 Trustee Z.W. discuss new matter, history and strategy for obtaining PI settlement proceeds via revised Release, alternatively via motion for turn over; pull and review bankruptcy docket and filings; notes to file. | 1.30 |
| 07/03/25 | PSM | Receipt, review and revisions to Application for Employment, Verified Statement and Proposed Order and approve same for filing. | 1.00 |
| 07/03/25 | PSM | Review very lengthy and detailed draft Release for Monsanto claim and work on revisions for Trustee. | 2.50 |
| 07/07/25 | PSM | Continue revisions to lengthy and detailed Release for Trustee. | 2.50 |
| 07/10/25 | PSM | Continue revisions to lengthy and detailed Release on Debtor's PI claim for Trustee. | 2.50 |
| 07/11/25 | PSM | Call with Trustee to review draft revisions to Release and discuss strategy next. | 0.50 |
| 07/11/25 | PSM | Receipt and review of email correspondence between Trustee, various counsel and bankruptcy coordinator with notes to file. | 0.60 |
| 07/11/25 | PSM | Work on drafting letter to special counsel re: status of claim. | 2.20 |
| 07/22/25 | PSM | Continue drafting letter to special counsel; circulate to Trustee for review and comment. | 1.40 |
| 07/22/25 | PSM | Short research for obituary and probate estate for J.B. Saucier. | 0.30 |
| 07/23/25 | PSM | Final review, revisions and edits to letter to special counsel, compile exhibits and forward same via direct email. | 0.60 |
| 07/31/25 | PSM | Forward revised Release to bankruptcy coordinator at Archer Systems with short advisory email; copy to Trustee. | 0.30 |
| 08/05/25 | PSM | Call w Ch. 7 Trustee re: status and strategy next for motion for turn over. | 0.20 |
| 08/08/25 | PSM | Receipt and review of email with closing statement from Archer Systems Administrator; contact Ch. 7 Trustee. | 0.20 |
| 08/18/25 | PSM | Review email from Trustee to bankruptcy coordinator (M.M.). | 0.20 |
| 08/22/25 | PSM | Email from bankruptcy coordinator (M.M.) with update on Release review and settlement. | 0.20 |
| 09/12/25 | PSM | Receipt, review and red-line revisions to Draft Motion to Compel turnover. | 2.80 |
| 09/18/25 | PSM | Receipt and review of Motion for Turnover, notice of hearing, in-camera release exhibits. | 0.40 |
| 09/24/25 | PSM | Emails from Archer bankruptcy coordinator rejecting Trustee's Release and forwarding proposed alternative release. | 0.20 |
| 09/25/25 | PSM | Begin working on red-line mark ups to defense counsel's 2nd proposed, draft release. | 2.60 |
| 09/29/25 | PSM | Continue red-line mark ups of defense counsel's 2nd proposed, draft release. | 1.70 |
| 09/29/25 | PSM | Emails from Archer bankruptcy coordinator to Trustee and my | 0.20 |

# BUTLER | SNOW

Zachary S. Wessler, Sr., Esq., Ch. 7 Tru
**Invoice Number:** 10498855
**Invoice Date:** October 24, 2025
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|---|---|---|---|
| | | emails to Trustee re: itemized release issues for defense counsel to address and hearing on motion for turnover. | |
| 09/30/25 | PSM | Emails to/from Trustee and all parties re: Defense counsel's 2nd proposed release issues and notice of hearing on Motion to compel. | 0.20 |
| 10/10/25 | PSM | Emails to/from defense counsel and Trustee. | 0.20 |
| 10/13/25 | PSM | Study additional emails to/from trustee, defense counsel and bankruptcy administrator re: accepted release, disbursement of settlement proceeds and pending motion to compel. | 0.20 |
| 10/16/25 | PSM | Study additional email traffic re: settlement check delivery/receipt and continuation/take down of hearing on motion to compel. | 0.20 |

**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|---|---|---|---|---|
| Paul S. Murphy | 25.20 | hours at | $400.00 | $10,080.00 |
| **Subtotal:** | **25.20** | | | **$10,080.00** |

**TOTAL CURRENT BILLING FOR THIS MATTER** $10,080.00