# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| J.B. SAUCIER | CASE NO: 18-50294-KMS |
| BARBARA CAROLE SAUCIER | |
| DEBTORS | CHAPTER 7 |

### TRUSTEE'S APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF TRUSTEE'S COUNSEL ZACHARY S. WESSLER, SR., ESQ.

**COMES NOW**, Zachary S. Wessler, Sr., Trustee and files this *Application for Allowance of Compensation and Reimbursement of Necessary Expenses* on behalf of Trustee's Counsel Zachary S. Wessler, Sr., Esq. and his law firm (Symmes & Estes, PLLC), and in support thereof, would show unto the Court the following matters, to-wit:

**1.** That pursuant to the Trustee's authority under 11 U.S.C. § 327 and this Court's prior Order,[1] said attorney is entitled to attorney's fees for services rendered (18.4 hours of time at a rate of $400 per hour = $7,360.00), plus expenses incurred (of $0.00), being a total of $7,360.00. A true and correct copy of Trustee's Counsel's Fee Report is attached hereto and incorporated herein as **Exhibit "A"**.

**2.** That no prior applications have been filed on behalf of the Attorney for the Trustee.

**3.** That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. 330, after notice and a hearing.

**4.** That Attorney for the Trustee has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499 F.2d 714 (5th Cir. 1974), made applicable to

---

[1] *See* Dkt. 58 (approving Trustee's Application to Employ Zachary S. Wessler, Sr., Esq. and his law firm (Symmes & Estes, PLLC) to serve as Trustee's attorney.

1

proceedings in this Court by the decision in *In Re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir., *cert. denied*, 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation, and as shown by the discussion of those factors contained herein, the fee requested is supported by the Johnson criteria. In addition, the fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

5. In accordance with the authorization of counsel as attorney for Trustee, said attorney has been called upon to provide extensive legal services to the Trustee including analysis of overly broad release agreements, legal research regarding trustee authority and settlement releases, drafting motions for turnover of class action settlement proceeds, and analyzing settlement documentation and verification.

6. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the trustee prevented the attorney from working on other cases.

7. That the attorney is duly licensed and authorized, practicing in the state of Mississippi.

8. The financial condition of this Chapter 7 case is as follows:

   a. The cash on deposit as of October 31, 2025, is $71,047.71.
   b. The estate received $105,000.00 from the Monsanto class action settlement, which was reduced by $33,952.29 in liens paid to Medicaid and the Southeast Louisiana VA Medical Center.
   c. The unpaid administrative expenses are: (i) the statutory trustee's fee and expenses, (ii) the $10,080 attorney fees requested in the previous filing re special counsel Paul Murphy, esq., (iii) the $7,360 attorney fees requested herein, and (iv) previously approved but unpaid special counsel fees of $44,547.36 pursuant to Court Order dated November 29, 2023 (Dkt. 52).
   d. All funds on deposit are unencumbered.
   e. Operating profit or loss is not applicable in this case.

**WHEREFORE, PREMISES CONSIDERED**, Zachary S. Wessler, Sr., Chapter 7 Trustee, respectfully requests that this Court enter an order approving the First and Final Application for Compensation of Trustee's Counsel, and authorizing payment of attorney's fees in the amount of $7,360.00 and expenses in the amount of $0.00, for a total award of $7,360.00, to be paid to Trustee's Counsel, Zachary S. Wessler, Sr., Esq., and his law firm, Symmes & Estes, PLLC, from the unencumbered and unrestricted funds of the bankruptcy estate; and granting such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** on this the 3rd day of November, 2025.

ZACHARY S. WESSLER, SR., TRUSTEE

By:   */s/ Zachary S. Wessler, Sr.*
ZACHARY S. WESSLER, SR.

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com

## CERTIFICATE OF SERVICE

I, Zachary S. Wessler, Sr., do hereby certify that I have this date mailed by United States Mail, postage prepaid, or electronically transmitted *via* CM/ECF Noticing, a true and correct copy of the ***Trustee's Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Trustee's Counsel*** to the following on the day and year hereinafter set forth:

| Thomas Carl Rollins, Jr. | Paul Murphy., Esq. |
| trollins@therollinsfirm.com | Butler Snow, PLLC |
| ***Attorney for Debtors*** | paul.murphy@butlersnow.com |
| | ***Ch. 7 Trustee's Special Counsel*** |
| USTPRegion05.JA.ECF@usdoj.gov | zach@symmesestes.com |
| ***United States Trustee*** | ***Ch. 7 Trustee's Attorney*** |

**SO CERTIFIED** on this the 3rd day of November, 2025.

ZACHARY S. WESSLER, SR., TRUSTEE

By:   */s/ Zachary S. Wessler, Sr.*
ZACHARY S. WESSLER, SR.

**3**