# Symmes & Estes, PLLC                                INVOICE

1806 23rd Avenue, Suite A                                  Invoice # 7053
Gulfport, MS 39501                                         Date: 10/29/2025
Phone: 228-896-8962
Fax: 228-205-4457

Trustee - Zachary S. Wessler, Sr.
1806 23rd Avenue, Suite A
Gulfport, MS 39501

## 02-Chap. 7 Bankruptcy Trustee (J.B. & Barbara Saucier-Debtor)

| Date | Attorney | Description | Time |
|---|---|---|---|
| 02/24/2025 | ZSW | Drafted Motion to Substitute Counsel and Application to Employ ZSW as Counsel for Trustee; Verified Statement of Proposed Counsel for Trustee; Proposed Order on Application to Employ ZSW as Counsel for Trustee. | 0.60 |
| 05/22/2025 | ZSW | Telephone call with Archer System's Michelle Mata re need to compel turnover of funds if probate issue is not resolved. | 0.20 |
| 05/27/2025 | ZSW | Email to Archer System's Michelle Mata re need to file a motion for approval as successor trustee to sign proposed release on behalf of bankruptcy estate. | 0.20 |
| 05/27/2025 | ZSW | Receipt and analysis of Monsonto's proposed overly broad release (26 pages single spaced, small font, contains huge number of objectionable aspects re indemnification, waiver of claims of other parties beyond the bankruptcy estate's interest, etc.). | 2.50 |
| 06/19/2025 | ZSW | Telephone call and email to Michelle Mata (Archer Systems) requesting information about proposed release, defense counsel, etc. and requesting a word version of the document for me to redline same. | 0.30 |
| 06/23/2025 | ZSW | Exchanged emails with Michelle Mata (Archer Systems) re requested information. | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/01/2025 | ZSW | Started drafting proposed release to be signed by trustee in lieu of overly broad release requested by defense counsel; Contacted Attorney Paul Murphy to assist; Telephone call to Eric Boss (attorney who signed proposed release as "attorney for Trustee Zachary S. Wessler, Sr."). | 2.20 |
| 07/02/2025 | ZSW | Legal research re signature of release with overly broad indemnification provisions / hold harmless provisions and ch 7 trustee's authority re same. | 1.80 |
| 07/02/2025 | ZSW | Email to Michelle Mata requesting copy of entire release and providing reasoning behind my position that the overly broad release cannot be signed in its current form (0.3); Telephone call with Attorney Paul Murphy re inquiry and to gauge interest in his being involved to represent trustee in dispute re the proposed overly broad release (1.3); Drafted application to employ special counsel Paul Murphy, affidavit of disinterestedness, order approving of same (0.5); Exchanged emails with special counsel Paul Murphy re application to employ and accompanying docs (0.3). | 2.40 |
| 07/10/2025 | ZSW | Review of special counsel Paul Murphy's proposed revisions to the expansive release requested to be signed by trustee. | 0.20 |
| 07/11/2025 | ZSW | Redlined special counsel Paul Murphy's proposed revisions to the expansive release requested to be signed by trustee. | 0.60 |
| 07/11/2025 | ZSW | Telephone call with special counsel Paul Murphy re expansive release requested to be signed by trustee and next steps for dealing with settlement administrator and defense counsel. | 0.30 |
| 08/18/2025 | ZSW | Email to M. Mata (Archer Systems) requesting update from defense counsel re proposed release; advised motion for turnover will be filed if no update by Friday. | 0.30 |
| 09/11/2025 | ZSW | Legal research re Motion to Turnover of Class Action Settlement Proceeds. | 0.60 |
| 09/12/2025 | ZSW | Started drafting Motion to Turnover of Class Action | 0.60 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Settlement Proceeds. | |
| 09/16/2025 | ZSW | Continued drafting Motion to Turnover of Class Action Settlement Proceeds. | 1.50 |
| 09/17/2025 | ZSW | Finalized initial draft of Motion to Turnover of Class Action Settlement Proceeds; transmitted same to Paul Murphy for his review and comment. | 0.50 |
| 09/19/2025 | ZSW | Redlined special counsel Paul Murphy's new version of release for transmittal to defense counsel through Archer Systems' Michelle Mata. | 1.50 |
| 10/10/2025 | ZSW | Receipt and analysis of email from Monsanto's defense counsel Eric Gladbach; Email to special counsel Paul Murphy re same. | 0.30 |
| 10/13/2025 | ZSW | Receipt and review of Monsonto's proposed revised release; Analyzed and revised Monsonto's proposed revised release; Exchanged emails with Monsonto's defense counsel Eric Gladbach re same; Exchanged emails with Michelle Mata (of Archer Systems) re same. | 1.30 |
| 10/23/2025 | ZSW | Analyzed 10 pages of settlement package documents and additional releases and settlement statement verifications contained therein. | 0.30 |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Zachary Wessler | 18.4 | $400.00 | $7,360.00 |
| | | **Subtotal** | **$7,360.00** |
| | | **Total** | **$7,360.00** |

Please make all amounts payable to: Symmes & Estes, PLLC

Payment is due upon receipt.