**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

J.B. SAUCIER                                             CASE NO: 18-50294-KMS
BARBARA CAROLE SAUCIER

DEBTORS                                                  CHAPTER 7

---

**NOTICE OF TRUSTEE'S APPLICATIONS FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF NECESSARY EXPENSES**

---

To the Honorable Katharine M. Samson, the Office of the United States Trustee, Creditors, the Debtor, the Debtors' attorney and all parties requesting notice.

**NOTICE IS HEREBY GIVEN** that Zachary S. Wessler, Sr., Trustee, has filed the following Applications:

1. ***First and Final Application for Compensation by Special Counsel for the Trustee*** requesting authority to pay Paul S. Murphy, Esq. and the law firm of Butler Snow LLP compensation of $10,080.00 in fees and $0.00 in expenses for legal services rendered as Special Counsel to the Trustee from July 2, 2025, through October 23, 2025, pursuant to the Court's Order approving employment dated July 7, 2025 (Dkt. 61).

2. ***Trustee's Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Trustee's Counsel*** requesting authority to pay Zachary S. Wessler, Sr., Esq. and his law firm Symmes & Estes, PLLC compensation of $7,360.00 in fees and $0.00 in expenses for legal services rendered as Attorney for the Trustee from February 24, 2025, through October 23, 2025, pursuant to the Court's Order approving employment dated February 26, 2025 (Dkt. 58).

**NOTICE IS FURTHER GIVEN** that any creditor or party in interest wishing to file an objection to the *Application* must file a written response with the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, Southern Division, 2012 15th Street, Suite 244, Gulfport, MS 39501 and a copy must be served upon counsel for the Trustee, Zachary S. Wessler, Sr., Chapter 7 Trustee, 1806 23rd Avenue, Suite A, Gulfport, MS 39501, and upon the office of the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201. **THE DEADLINE DATE FOR FILING AND SERVING AN OBJECTION TO THE APPLICATION IS TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

**NOTICE IS FURTHER GIVEN** that in the event that any objections are timely filed, the Court will conduct a hearing at a date and time to be determined by the Court. If no objections are filed, the Court may enter an Order approving the Application *ex parte*.

**RESPECTFULLY SUBMITTED** on this the 3rd day of November, 2025.

ZACHARY S. WESSLER, SR.                 **CHAPTER 7 TRUSTEE**
**CHAPTER 7 TRUSTEE**                    */s/Zachary S. Wessler, Sr.*
1806 23rd Avenue, Suite A               _____
Gulfport, Mississippi 39501             ZACHARY S. WESSLER, SR.
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I, Zachary S. Wessler, Sr., do hereby certify that I have served electronically *via* CM/ECF Noticing a true and correct copy of the foregoing document:

- ***United States Trustee***: USTPRegion05.JA.ECF@usdoj.gov
- Thomas Carl Rollins, Jr., Esq. ***Attorney for Debtors***: trollins@therollinsfirm.com

I further certify that I have mailed a true and correct copy of said document to all parties on the Court's official mailing matrix attached hereto as **Exhibit "A"** and to:

Paul Murphy., Esq.
Butler Snow, PLLC
paul.murphy@butlersnow.com
***Trustee's Special Counsel***

**SO CERTIFIED**, this the 3rd day of November, 2025.

/s/*Zachary S. Wessler, Sr.*
ZACHARY S. WESSLER, SR.

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com