| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 18-50294-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Fri Oct 31 15:06:42 CDT 2025 | Gulf Coast Community Federal Credit Union<br>Byrd & Wiser<br>PO Box 1939<br>Biloxi, MS 39533-1939 | (p)NAVIGATOR CREDIT UNION<br>ATTENTION CONSTANCE OGO<br>P O BOX 1647<br>PASCAGOULA MS 39568-1647 |
| U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | ADT Security<br>3190 S Vaughn Way<br>Aurora, CO 80014-3541 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Andrew Goldberg<br>c/o Rosicki Rosicki & Associates PC<br>51 E Bethpage Road<br>Plainview NY 11803-4224 | Blair<br>PO Box 659707<br>San Antonio, TX 78265 |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Commenity Bank<br>P.O. Box 182273<br>Columbus, OH 43218-2273 | First Heritage<br>12373 US 49 #2<br>Gulfport, MS 39503-2980 |
| First Heritage Credit of Mississippi, LLC<br>d/b/a 1st Heritage Credit<br>First Heritage Credit<br>12373 Hwy 49 Ste 2<br>Gulfport, MS 39503-2980 | GUlf Coast Comm FCU<br>2120 25th Ave<br>Gulfport, MS 39501-4518 | Harrison Finance<br>11516 Lamey Brdge Rd<br>Ste D<br>Diberville, MS 39540-2725 |
| Hubbard<br>P.O. Box 659707<br>San Antonio, TX 78265 | Lendmark Financial<br>3940 B Peominade Pkwy<br>Diberville, MS 39540-5370 | Longbeach Financial Sv<br>200 W Railroad St<br>#109<br>Long Beach, MS 39560-4517 |
| Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Ocwen<br>P.O. Box 40724<br>Lansing, MI 48901-7924 | One Main Financial<br>12261 Hwy 49 Ste 7<br>Gulfport, MS 39503-2976 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Robert Alan Byrd<br>P.O. Box 1939<br>Biloxi, MS 39533-1939 | Synchrony Bank<br>PO Box 530927<br>Atlanta, GA 30353-0927 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless<br>P.O. Box 650051<br>Dallas, TX 75265-0051 |
| World Finance<br>12449 Hwy 49<br>Ste D<br>Gulfport, MS 39503-2983 | Barbara Carole Saucier<br>1702 42nd Ave<br>Gulfport, MS 39501-3834 | Darsey L. Glean<br>Pulaski Kherkher, PLLC<br>2925 Richmond, Suite 1725<br>Houston, TX 77098-3136 |

| | | |
|---|---|---|
| J.B. Saucier<br>1702 42nd Ave<br>Gulfport, MS 39501-3834 | Justin Browne<br>Ketterer, Browne & Anderson, LLC<br>336 S. Main Street<br>Bel Air, MD 21014-3978 | Michael A. DeMayo, Esq.<br>Michael A. DeMayo, LLP<br>1211 E. Morehead Street<br>Charlotte, NC 28204-2816 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>774 Avery Blvd N<br>Ridgeland, MS 39157-5208 | Zachary S Wessler Sr<br>1806 23rd Avenue, Suite A<br>Gulfport, MS 39501-2963 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Navigator Credit Union<br>P O Box 1647<br>Pascagoula, MS 39568 | (d)Navigator Credit Union<br>P.O. Box 1647<br>Pascagoula, MS 39568-1647 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ocwen Loan Servicing | (u)Paul S. Murphy<br>Butler Snow, LLP | End of Label Matrix<br>Mailable recipients   34<br>Bypassed recipients    2<br>Total                  36 |