**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

In re: J.B. Saucier § Case No. 18-50294
Barbara Carole Saucier §
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/28/2022. The undersigned trustee was appointed on 01/17/2025.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $         101,500.00

   Funds were disbursed in the following amounts:

   Payments made under an
      interim distribution                                      30,452.29
   Administrative expenses                                      61,987.36
   Bank service fees                                                 0.00
   Other payments to creditors                                       0.00
   Non-estate funds paid to 3rd Parties                              0.00
   Exemptions paid to the debtor                                     0.00
   Other payments to the debtor                                      0.00

   Leaving a balance on hand of[1]           $           9,060.35

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/05/2025 and the deadline for filing governmental claims was 09/24/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,325.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,325.00, for a total compensation of $8,325.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $73.98 for total expenses of $73.98$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/05/2026     By: /s/ Zachary S. Wessler, Sr.
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 18-50294 | Trustee Name: | (440130) Zachary S. Wessler, Sr. |
| Case Name: | J.B. Saucier | Date Filed (f) or Converted (c): | 03/28/2022 (f) |
| | Barbara Carole Saucier | § 341(a) Meeting Date: | 04/10/2018 |
| For Period Ending: | 01/05/2026 | Claims Bar Date: | 07/05/2025 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1702 42nd Ave, Gulfport, MS 39501-0000, Harrison County<br>1702 42nd Ave, Gulfport, MS 39501-0000, Harrison County Single-family home Entire property value: $35,000.00 | 35,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2012 Jeep Compass, 88000 miles<br>2012 Jeep Compass, 88000 miles. Entire property value: $9,270.00 | 9,270.00 | 0.00 | | 0.00 | FA |
| 3 | 2010 Hyundai Sante Fe, 112000 miles<br>2010 Hyundai Sante Fe, 112000 miles. Entire property value: $7,065.00 | 7,065.00 | 0.00 | | 0.00 | FA |
| 4 | 2001 Chrysler Town & Country, 120000 miles<br>2001 Chrysler Town & Country, 120000 miles. Entire property value: $9,315.00 | 9,315.00 | 36.00 | | 0.00 | FA |
| 5 | Riding Mower<br>Riding Mower. Entire property value: $250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods<br>Household Goods | 2,980.00 | 0.00 | | 0.00 | FA |
| 7 | Electronics<br>Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 22 revovler<br>22 revovler | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing<br>Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry<br>Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs<br>2 dogs | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Cash<br>Cash | 6.50 | 0.00 | | 0.00 | FA |
| 13 | Checking: Hancock Bank<br>Checking: Hancock Bank | 51.00 | 51.00 | | 0.00 | FA |
| 14 | Checking: Gulf Coast Community FCU<br>Checking: Gulf Coast Community FCU | 60.00 | 60.00 | | 0.00 | FA |
| 15 | Checking: Hancock Bank - son's account<br>Checking: Hancock Bank - son's account | 0.00 | 0.00 | | 0.00 | FA |
| 16 | State Tax Refund: Federal<br>State Tax Refund: Federal | Unknown | Unknown | | 0.00 | FA |
| 17 | Federal Tax Refund: Federal<br>Federal Tax Refund: Federal | Unknown | Unknown | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 18-50294
**Case Name:** J.B. Saucier
Barbara Carole Saucier
**For Period Ending:** 01/05/2026

**Trustee Name:** (440130) Zachary S. Wessler, Sr.
**Date Filed (f) or Converted (c):** 03/28/2022 (f)
**§ 341(a) Meeting Date:** 04/10/2018
**Claims Bar Date:** 07/05/2025

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | EIC: Federal<br>EIC: Federal | Unknown | Unknown | | 0.00 | FA |
| 19 | Int. in Ins. policies: Life Insurance<br>Int. in Ins. policies: Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Personal Injury Claim - Roundup Class Action (u) | 101,500.00 | 71,047.71 | | 101,500.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$167,267.50** | **$71,194.71** | | **$101,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/17/2025 - Rec'vd settlement check $71,017.41, opened estate bank account, deposited same.
7/1/2025 - Telephone call to Pulaski Kherker law firm and left voicemail for attorney Eric Boss.
6/23/2025 - Receipt and review of email from Michelle Mata (Archer Systems) re proposed release and request for complete copy of same.
6/15/2025 - Email to Michelle Mata (Archer Systems) requesting word version of proposed release for me to redline.
5/28/2025 - Receipt of proposed release to be signed as trustee, started reviewing same.
5/16/2025 - Follow up with Michelle Mata (Archer Systems) asking for additional information on status / contact information for individual attorneys she has been in communication with, etc.
4/28/2025 -- Received email response from Michelle Mata (Archer Systems) advising that "There is a probate issue that has delayed the release of the funds. I have reached out to our probate department to determine what is needed for resolution. The funds are in a qualified settlement account. Defense Counsel releases these funds once all liens, including probate, our resolved." I responded asking for further details about the "probate lien" and about who died.
04/21/2025 - Telephone call with Courtney @ DeMayo Law Firm to request status update on location of settlement funds. Courtney says that she has no information and to contact the litigation firm - Pulawski Law.
04/21/2025 - Telephone call with Pulawski Law Office left voicemail for John Paul to call back to provide status update on location of settlement funds.
04/21/2025 - Emailed special counsel requesting update on settlement funds and informing of possible court intervention if there is further non-communication.

**Initial Projected Date Of Final Report (TFR):** 02/01/2026    **Current Projected Date Of Final Report (TFR):** 02/01/2026

01/05/2026
Date

/s/Zachary S. Wessler, Sr.
Zachary S. Wessler, Sr.

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 18-50294 | Trustee Name: | Zachary S. Wessler, Sr. (440130) |
|---|---|---|---|
| **Case Name:** | J.B. Saucier | **Bank Name:** | Metropolitan Commercial Bank |
| | Barbara Carole Saucier | **Account #:** | ******4776 Checking |
| **Taxpayer ID #:** | **-***3112 | **Blanket Bond (per case limit):** | $0.00 |
| **For Period Ending:** | 01/05/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/17/25 | | Pulaski Roundup Qualified Settlement Fund | Class Action (Roundup) Settlement Proceeds | | 71,047.71 | | 71,047.71 |
| | {20} | | Gross Proceeds $101,500.00 | 1242-000 | | | |
| | | | Medical Lien - Medicare -$12,931.10 | 4210-000 | | | |
| | | | Medical Lien - Southeast Louisiana VAMC -$17,521.19 | 4210-000 | | | |
| 12/03/25 | 101 | Michael A. DeMayo, LLP | Payment of Special Counsel Fees & Expenses per Dkt. 52 | | | 25,844.55 | 45,203.16 |
| | | DeMayo Law Offices PLLC | Payment of Special Counsel Fees $22,330.00 | 3210-000 | | | |
| | | DeMayo Law Offices PLLC | Payment of Special Counsel Expenses $3,514.55 | 3992-000 | | | |
| 12/03/25 | 102 | Pulaski Kherkher, PLLC | Payment of Special Counsel Fees & Expenses per Dkt. 52 | | | 18,702.81 | 26,500.35 |
| | | Pulaski Kherkher, PLLC | Payment of Special Counsel Fees $18,270.00 | 3210-000 | | | |
| | | Pulaski Kherkher, PLLC | Payment of Special Counsel Expenses $432.81 | 3992-000 | | | |
| 12/03/25 | 103 | Butler Snow, PLLC | Payment of Special Counsel Fees & Expenses per Dkt. 75 | 3210-000 | | 10,080.00 | 16,420.35 |
| 12/03/25 | 104 | Zachary S. Wessler, Sr., Esq. | Payment of Trustee's Attorney's Fees & Expenses per Dkt. 76 | 3110-000 | | 7,360.00 | 9,060.35 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 71,047.71 | 61,987.36 | $9,060.35 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 71,047.71 | 61,987.36 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$71,047.71** | **$61,987.36** | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |
|---|---|
| **Case No.:** | 18-50294 |
| **Case Name:** | J.B. Saucier<br>Barbara Carole Saucier |
| **Taxpayer ID #:** | **-***3112 |
| **For Period Ending:** | 01/05/2026 |

| | |
|---|---|
| **Trustee Name:** | Zachary S. Wessler, Sr. (440130) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******4776 Checking |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $71,047.71 |
| Plus Gross Adjustments: | $30,452.29 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $101,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4776 Checking | $71,047.71 | $61,987.36 | $9,060.35 |
| | $71,047.71 | $61,987.36 | $9,060.35 |

UST Form 101-7-TFR (5/1/2011)

Printed: 01/05/26 8:36 AM                    **Exhibit C**                                    Page: 1
                                     **Claims Distribution Register**

### Case: 18-50294 J.B. Saucier AND Barbara Carole Saucier

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 10/29/25 | 200 | Zachary S. Wessler, Sr., Esq.<br>1806 23rd Avenue, Suite A<br>Gulfport, MS 39501<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 7,360.00 | $ 7,360.00 | $ 7,360.00 | $ 0.00 | $ 0.00 |
| | 10/29/25 | 200 | Zachary S. Wessler, Sr.<br>1806 23rd Avenue<br>Suite A<br>Gulfport, MS 39501<br><2100-00 Trustee Compensation> | $ 8,325.00 | $ 8,325.00 | $ 0.00 | $ 8,325.00 | $ 8,325.00 |
| | 10/29/25 | 200 | Pulaski Kherkher, PLLC<br>2925 Richmond, Suite 1725<br>Houston, TX 77098<br><3992-00 Other Professional's Expenses> | $ 432.81 | $ 432.81 | $ 432.81 | $ 0.00 | $ 0.00 |
| | 10/29/25 | 200 | Butler Snow, PLLC<br>P.O. Box 6010<br>Ridgeland, MS 39158<br><3210-00 Attorney for Trustee Fees (Other Firm)> | $ 10,080.00 | $ 10,080.00 | $ 10,080.00 | $ 0.00 | $ 0.00 |
| | 10/29/25 | 200 | DeMayo Law Offices PLLC<br>1211 E. Morehead Street<br>Charlotte, NC 28204<br><3992-00 Other Professional's Expenses> | $ 3,514.55 | $ 3,514.55 | $ 3,514.55 | $ 0.00 | $ 0.00 |
| | 10/29/25 | 200 | DeMayo Law Offices PLLC<br>1211 E. Morehead Street<br>Charlotte, NC 28204<br><3210-00 Attorney for Trustee Fees (Other Firm)> | $ 22,330.00 | $ 22,330.00 | $ 22,330.00 | $ 0.00 | $ 0.00 |
| | 10/29/25 | 200 | Pulaski Kherkher, PLLC<br>2925 Richmond, Suite 1725<br>Houston, TX 77098<br><3210-00 Attorney for Trustee Fees (Other Firm)> | $ 18,270.00 | $ 18,270.00 | $ 18,270.00 | $ 0.00 | $ 0.00 |
| | 01/05/26 | 200 | Zachary S. Wessler, Sr.<br>1806 23rd Avenue<br>Suite A<br>Gulfport, MS 39501<br><2200-00 Trustee Expenses> | $ 73.98 | $ 73.98 | $ 0.00 | $ 73.98 | $ 73.98 |
| | | | Total for Priority 200:   100% Paid | $ 70,386.34 | $ 70,386.34 | $ 61,987.36 | $ 8,398.98 | $ 8,398.98 |
| | | | Total for Admin Ch. 7 Claims: | $ 70,386.34 | $ 70,386.34 | $ 61,987.36 | $ 8,398.98 | $ 8,398.98 |

| Printed: 01/05/26 8:36 AM | Exhibit C<br>Claims Distribution Register | Page: 2 |

### Case: 18-50294 J.B. Saucier AND Barbara Carole Saucier

| Claim# | Date | Pri | Claimant /<br>UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/06/22 | 610 | First Heritage Credit of Mississippi, LLC<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,147.25 | $ 3,147.25 | $ 0.00 | $ 3,147.25 | $ 306.69 |
| 2 | 04/13/22 | 610 | Quantum3 Group LLC as agent for<br><7100-00 General Unsecured - § 726(a)(2)> | $ 324.84 | $ 324.84 | $ 0.00 | $ 324.84 | $ 31.66 |
| 3 | 04/13/22 | 610 | Quantum3 Group LLC as agent for<br><7100-00 General Unsecured - § 726(a)(2)> | $ 526.69 | $ 526.69 | $ 0.00 | $ 526.69 | $ 51.33 |
| 4 | 04/29/22 | 610 | American Express National Bank<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,048.13 | $ 1,048.13 | $ 0.00 | $ 1,048.13 | $ 102.14 |
| 5 | 05/27/22 | 610 | Verizon<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,739.97 | $ 1,739.97 | $ 0.00 | $ 1,739.97 | $ 169.55 |
| | | | Total for Priority 610:    9.74483% Paid | $ 6,786.88 | $ 6,786.88 | $ 0.00 | $ 6,786.88 | $ 661.37 |
| | | | Total for Unsecured Claims: | $ 6,786.88 | $ 6,786.88 | $ 0.00 | $ 6,786.88 | $ 661.37 |
| | | | Total for Case: | $ 77,173.22 | $ 77,173.22 | $ 61,987.36 | $ 15,185.86 | $ 9,060.35 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-50294
Case Name:  J.B. Saucier AND
            Barbara Carole Saucier
Trustee Name: Zachary S. Wessler, Sr.

**Balance on hand:**   $               9,060.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $     9,060.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Zachary S. Wessler, Sr. | 8,325.00 | 0.00 | 8,325.00 |
| Trustee, Expenses - Zachary S. Wessler, Sr. | 73.98 | 0.00 | 73.98 |
| Attorney for Trustee Fees - Zachary S. Wessler, Sr., Esq. | 7,360.00 | 7,360.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - DeMayo Law Offices PLLC | 22,330.00 | 22,330.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Pulaski Kherkher, PLLC | 18,270.00 | 18,270.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Butler Snow, PLLC | 10,080.00 | 10,080.00 | 0.00 |
| Other Professional's Expenses - DeMayo Law Offices PLLC | 3,514.55 | 3,514.55 | 0.00 |
| Other Professional's Expenses - Pulaski Kherkher, PLLC | 432.81 | 432.81 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $     8,398.98
Remaining balance:                                        $       661.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $       661.37

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 661.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $6,786.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Heritage Credit of Mississippi, LLC | 3,147.25 | 0.00 | 306.69 |
| 2 | Quantum3 Group LLC as agent for | 324.84 | 0.00 | 31.66 |
| 3 | Quantum3 Group LLC as agent for | 526.69 | 0.00 | 51.33 |
| 4 | American Express National Bank | 1,048.13 | 0.00 | 102.14 |
| 5 | Verizon | 1,739.97 | 0.00 | 169.55 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 661.37 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**