| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 18-50294-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Fri Oct 31 15:06:42 CDT 2025 | Gulf Coast Community Federal Credit Union<br>Byrd & Wiser<br>PO Box 1939<br>Biloxi, MS 39533-1939 | (p)NAVIGATOR CREDIT UNION<br>ATTENTION CONSTANCE OGO<br>P O BOX 1647<br>PASCAGOULA MS 39568-1647 |
| U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | ADT Security<br>3190 S Vaughn Way<br>Aurora, CO 80014-3541 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Andrew Goldberg<br>c/o Rosicki Rosicki & Associates PC<br>51 E Bethpage Road<br>Plainview NY 11803-4224 | Blair<br>PO Box 659707<br>San Antonio, TX 78265 |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Commenity Bank<br>P.O. Box 182273<br>Columbus, OH 43218-2273 | First Heritage<br>12373 US 49 #2<br>Gulfport, MS 39503-2980 |
| First Heritage Credit of Mississippi, LLC<br>d/b/a 1st Heritage Credit<br>First Heritage Credit<br>12373 Hwy 49 Ste 2<br>Gulfport, MS 39503-2980 | GUlf Coast Comm FCU<br>2120 25th Ave<br>Gulfport, MS 39501-4518 | Harrison Finance<br>11516 Lamey Brdge Rd<br>Ste D<br>Diberville, MS 39540-2725 |
| Hubbard<br>P.O. Box 659707<br>San Antonio, TX 78265 | Lendmark Financial<br>3940 B Peominade Pkwy<br>Diberville, MS 39540-5370 | Longbeach Financial Sv<br>200 W Railroad St<br>#109<br>Long Beach, MS 39560-4517 |
| Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Ocwen<br>P.O. Box 40724<br>Lansing, MI 48901-7924 | One Main Financial<br>12261 Hwy 49 Ste 7<br>Gulfport, MS 39503-2976 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Robert Alan Byrd<br>P.O. Box 1939<br>Biloxi, MS 39533-1939 | Synchrony Bank<br>PO Box 530927<br>Atlanta, GA 30353-0927 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless<br>P.O. Box 650051<br>Dallas, TX 75265-0051 |
| World Finance<br>12449 Hwy 49<br>Ste D<br>Gulfport, MS 39503-2983 | Barbara Carole Saucier<br>1702 42nd Ave<br>Gulfport, MS 39501-3834 | Darsey L. Glean<br>Pulaski Kherkher, PLLC<br>2925 Richmond, Suite 1725<br>Houston, TX 77098-3136 |

| | | |
|---|---|---|
| J.B. Saucier<br>1702 42nd Ave<br>Gulfport, MS 39501-3834 | Justin Browne<br>Ketterer, Browne & Anderson, LLC<br>336 S. Main Street<br>Bel Air, MD 21014-3978 | Michael A. DeMayo, Esq.<br>Michael A. DeMayo, LLP<br>1211 E. Morehead Street<br>Charlotte, NC 28204-2816 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>774 Avery Blvd N<br>Ridgeland, MS 39157-5208 | Zachary S Wessler Sr<br>1806 23rd Avenue, Suite A<br>Gulfport, MS 39501-2963 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Navigator Credit Union
P O Box 1647
Pascagoula, MS 39568

(d)Navigator Credit Union
P.O. Box 1647
Pascagoula, MS 39568-1647

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ocwen Loan Servicing

(u)Paul S. Murphy
Butler Snow, LLP

End of Label Matrix
Mailable recipients   34
Bypassed recipients    2
Total                 36