United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 18-50294-KMS |
| J.B. Saucier | Chapter 7 |
| Barbara Carole Saucier | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb              +  J.B. Saucier, Barbara Carole Saucier, 1702 42nd Ave, Gulfport, MS 39501-3834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

**Name                                 Email Address**

Kimberly R. Lentz
    on behalf of Trustee Kimberly R. Lentz krlentz@gmail.com

Robert Alan Byrd
    on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrdwiser.com
    wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Barbara Carole Saucier trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Creditor Navigator Credit Union trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor J.B. Saucier trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
    chapter7trustee@wesslerlawgroup.com
    meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

Zachary S. Wessler, Sr
    on behalf of Trustee Zachary S Wessler  Sr zach@symmesestes.com, meredith@symmesestes.com;gina@symmesestes.com

TOTAL: 8

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 3, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:   J.B. SAUCIER                                  CASE NO. 18-50294
         BARBARA CAROLE SAUCIER

                                                       CHAPTER 7
DEBTOR(S)

---

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF
ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS,
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES,
<u>AND NOTICE OF PROPOSED DISTRIBUTION</u>
[DKT. NO 79]**

---

**THIS DAY** this cause came before this Court on the Trustee's *Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution*, in the above-styled proceeding; and the Court having fully reviewed the same finds that said Final Report should be approved.

**IT IS, THEREFORE, ORDERED** that the Trustee's *Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution* is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of the estate as follows:

| Name of Party: | Description | Amount: |
|---|---|---|
| Administrative Expenses: | | |
| ZACHARY S. WESSLER, SR. | Trustee Compensation | 8,325.00 |
| ZACHARY S. WESSLER, SR. | Trustee Expenses | 73.98 |
| **TOTAL Administrative Expenses** | | **8,398.98** |

Priority Unsecured Claims:

| | | |
|---|---|---|
| **TOTAL Priority Unsecured Claims** | | **0.00** |

Unsecured Claims:

| | | |
|---|---|---|
| First Heritage Credit of Mississippi, LLC | 1 | 306.69 |
| Quantum3 Group LLC as agent for | 2 | 31.66 |
| Quantum3 Group LLC as agent for | 3 | 51.33 |
| American Express National Bank | 4 | 102.14 |
| Verizon | 5 | 169.55 |
| **TOTAL Unsecured Claims** | | **661.37** |
| **TOTAL Funds to be Disbursed** | | **9,060.35** |

**IT IS FURTHER ORDERED** that the Trustee shall make all disbursements authorized herein within ten (10) days of the entry of this Order becoming final and non-appealable.

**IT IS FURTHER ORDERED** that within ninety (90) days after distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

**IT IS FURTHER ORDERED** that within 125 days of the entry of this Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

##END OF ORDER##

Order prepared and submitted by:

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, Mississippi 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com