**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | | |
|---|---|---|
| In re: J.B. Saucier | § | Case No. 18-50294 |
| Barbara Carole Saucier | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Zachary S. Wessler, Sr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $65,767.50
*(without deducting any secured claims)*

Assets Exempt: $35,006.50

Total Distributions to Claimants: $31,113.66

Claims Discharged
Without Payment: $12,716.08

Total Expenses of Administration: $70,386.34

3) Total gross receipts of $101,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $101,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $62,898.89 | $30,452.29 | $30,452.29 | $30,452.29 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $70,386.34 | $70,386.34 | $70,386.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $8,343.14 | $6,786.88 | $6,786.88 | $661.37 |
| **TOTAL DISBURSEMENTS** | $71,242.03 | $107,625.51 | $107,625.51 | $101,500.00 |

4) This case was originally filed under chapter 7 on 02/20/2018.  The case was pending for 97 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:        04/10/2026

By: /s/ Zachary S. Wessler, Sr.

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim - Roundup Class Action | 1242-000 | $101,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$101,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pulaski Roundup Qualified Settlement Fund | 4210-000 | NA | $17,521.19 | $17,521.19 | $17,521.19 |
| | Pulaski Roundup Qualified Settlement Fund | 4210-000 | NA | $12,931.10 | $12,931.10 | $12,931.10 |
| N/F | First Heritage | 4110-000 | $3,297.00 | NA | NA | NA |
| N/F | GUlf Coast Comm FCU | 4110-000 | $2,066.19 | NA | NA | NA |
| N/F | Harrison Finance | 4110-000 | $2,153.99 | NA | NA | NA |
| N/F | Navigator Credit Union | 4110-000 | $11,102.71 | NA | NA | NA |
| N/F | Ocwen | 4110-000 | $35,000.00 | NA | NA | NA |
| N/F | One Main Financial | 4110-000 | $9,279.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$62,898.89** | **$30,452.29** | **$30,452.29** | **$30,452.29** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Zachary S. Wessler, Sr. | 2100-000 | NA | $8,325.00 | $8,325.00 | $8,325.00 |
| Trustee, Expenses - Zachary S. Wessler, Sr. | 2200-000 | NA | $73.98 | $73.98 | $73.98 |
| Attorney for Trustee Fees - Zachary S. Wessler, Sr., Esq. | 3110-000 | NA | $7,360.00 | $7,360.00 | $7,360.00 |
| Attorney for Trustee Fees (Other Firm) - Butler Snow, PLLC | 3210-000 | NA | $10,080.00 | $10,080.00 | $10,080.00 |
| Attorney for Trustee Fees (Other Firm) - DeMayo Law Offices PLLC | 3210-000 | NA | $22,330.00 | $22,330.00 | $22,330.00 |
| Attorney for Trustee Fees (Other Firm) - Pulaski Kherkher, PLLC | 3210-000 | NA | $18,270.00 | $18,270.00 | $18,270.00 |
| Other Professional's Expenses - Pulaski Kherkher, PLLC | 3992-000 | NA | $432.81 | $432.81 | $432.81 |
| Other Professional's Expenses - DeMayo Law Offices PLLC | 3992-000 | NA | $3,514.55 | $3,514.55 | $3,514.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$70,386.34** | **$70,386.34** | **$70,386.34** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Heritage Credit of Mississippi, LLC | 7100-000 | $0.00 | $3,147.25 | $3,147.25 | $306.69 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $116.26 | $324.84 | $324.84 | $31.66 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $526.69 | $526.69 | $51.33 |
| 4 | American Express National Bank | 7100-000 | $993.25 | $1,048.13 | $1,048.13 | $102.14 |
| 5 | Verizon | 7100-000 | $643.06 | $1,739.97 | $1,739.97 | $169.55 |
| N/F | ADT Security | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Blair | 7100-000 | $381.54 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $300.08 | NA | NA | NA |
| N/F | Hubbard | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lendmark Financial | 7100-000 | $2,896.40 | NA | NA | NA |
| N/F | Longbeach Financial Sv | 7100-000 | $792.00 | NA | NA | NA |
| N/F | Merrick Bank | 7100-000 | $620.98 | NA | NA | NA |
| N/F | Synchrony Bank | 7100-000 | $609.57 | NA | NA | NA |
| N/F | World Finance | 7100-000 | $990.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$8,343.14** | **$6,786.88** | **$6,786.88** | **$661.37** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

**Case No.:**  18-50294

**Case Name:**  J.B. Saucier
Barbara Carole Saucier

**For Period Ending:**  04/10/2026

**Trustee Name:**  (440130) Zachary S. Wessler, Sr.

**Date Filed (f) or Converted (c):**  02/20/2018 (f)

**§ 341(a) Meeting Date:**  04/10/2018

**Claims Bar Date:**  07/05/2022

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1702 42nd Ave, Gulfport, MS 39501-0000, Harrison County<br><br>1702 42nd Ave, Gulfport, MS 39501-0000, Harrison County Single-family home Entire property value: $35,000.00 | 35,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2012 Jeep Compass, 88000 miles<br><br>2012 Jeep Compass, 88000 miles. Entire property value: $9,270.00 | 9,270.00 | 0.00 | | 0.00 | FA |
| 3 | 2010 Hyundai Sante Fe, 112000 miles<br><br>2010 Hyundai Sante Fe, 112000 miles. Entire property value: $7,065.00 | 7,065.00 | 0.00 | | 0.00 | FA |
| 4 | 2001 Chrysler Town & Country, 120000 miles<br><br>2001 Chrysler Town & Country, 120000 miles. Entire property value: $9,315.00 | 9,315.00 | 36.00 | | 0.00 | FA |
| 5 | Riding Mower<br><br>Riding Mower. Entire property value: $250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods<br><br>Household Goods | 2,980.00 | 0.00 | | 0.00 | FA |
| 7 | Electronics<br><br>Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 22 revovler<br><br>22 revovler | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing<br><br>Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry<br><br>Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs<br><br>2 dogs | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Cash<br><br>Cash | 6.50 | 0.00 | | 0.00 | FA |
| 13 | Checking: Hancock Bank<br><br>Checking: Hancock Bank | 51.00 | 51.00 | | 0.00 | FA |
| 14 | Checking: Gulf Coast Community FCU<br><br>Checking: Gulf Coast Community FCU | 60.00 | 60.00 | | 0.00 | FA |
| 15 | Checking: Hancock Bank - son's account<br><br>Checking: Hancock Bank - son's account | 0.00 | 0.00 | | 0.00 | FA |
| 16 | State Tax Refund: Federal<br><br>State Tax Refund: Federal | Unknown | Unknown | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 2

**Case No.:**   18-50294

**Case Name:**   J.B. Saucier
Barbara Carole Saucier

**For Period Ending:**   04/10/2026

**Trustee Name:**   (440130) Zachary S. Wessler, Sr.

**Date Filed (f) or Converted (c):**   02/20/2018 (f)

**§ 341(a) Meeting Date:**   04/10/2018

**Claims Bar Date:**   07/05/2022

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property Formally**<br>**Abandoned**<br>**OA=§554(a)**<br>**abandon.** | **Sale/Funds**<br>**Received by the**<br>**Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 17 | Federal Tax Refund: Federal<br><br>Federal Tax Refund: Federal | Unknown | Unknown | | 0.00 | FA |
| 18 | EIC: Federal<br><br>EIC: Federal | Unknown | Unknown | | 0.00 | FA |
| 19 | Int. in Ins. policies: Life Insurance<br><br>Int. in Ins. policies: Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Personal Injury Claim - Roundup Class Action (u) | 101,500.00 | 71,047.71 | | 101,500.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$167,267.50** | **$71,194.71** | | **$101,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/17/2025 - Rec'vd settlement check $71,017.41, opened estate bank account, deposited same.

7/1/2025 - Telephone call to Pulaski Kherker law firm and left voicemail for attorney Eric Boss.

6/23/2025 - Receipt and review of email from Michelle Mata (Archer Systems) re proposed release and request for complete copy of same.

6/15/2025 - Email to Michelle Mata (Archer Systems) requesting word version of proposed release for me to redline.

5/28/2025 - Receipt of proposed release to be signed as trustee, started reviewing same.

5/16/2025 - Follow up with Michelle Mata (Archer Systems) asking for additional information on status / contact information for individual attorneys she has been in communication with, etc.

4/28/2025 -- Received email response from Michelle Mata (Archer Systems) advising that "There is a probate issue that has delayed the release of the funds. I have reached out to our probate department to determine what is needed for resolution. The funds are in a qualified settlement account. Defense Counsel releases these funds once all liens, including probate, our resolved." I responded asking for further details about the "probate lien" and about who died.

04/21/2025 - Telephone call with Courtney @ DeMayo Law Firm to request status update on location of settlement funds. Courtney says that she has no information and to contact the litigation firm - Pulawski Law.

04/21/2025 - Telephone call with Pulawski Law Office left voicemail for John Paul to call back to provide status update on location of settlement funds.

04/21/2025 - Emailed special counsel requesting update on settlement funds and informing of possible court intervention if there is further non-communication.

**Initial Projected Date Of Final Report (TFR):**   02/01/2026

**Current Projected Date Of Final Report (TFR):**   01/05/2026 (Actual)

**Form 2**

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 18-50294 | Trustee Name: | Zachary S. Wessler, Sr. (440130) |
|---|---|---|---|
| Case Name: | J.B. Saucier | Bank Name: | Metropolitan Commercial Bank |
| | Barbara Carole Saucier | Account #: | ******4776 Checking |
| Taxpayer ID #: | **-***3112 | Blanket Bond (per case limit): | $25,377,082.00 |
| For Period Ending: | 04/10/2026 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/17/25 | | Pulaski Roundup Qualified Settlement Fund | Class Action (Roundup) Settlement Proceeds | | 71,047.71 | | 71,047.71 |
| | {20} | | Gross Proceeds $101,500.00 | 1242-000 | | | |
| | | | Medical Lien - Medicare -$12,931.10 | 4210-000 | | | |
| | | | Medical Lien - Southeast Louisiana VAMC -$17,521.19 | 4210-000 | | | |
| 12/03/25 | 101 | Michael A. DeMayo, LLP | Payment of Special Counsel Fees & Expenses per Dkt. 52 | | | 25,844.55 | 45,203.16 |
| | | DeMayo Law Offices PLLC | Payment of Special Counsel Fees $22,330.00 | 3210-000 | | | |
| | | DeMayo Law Offices PLLC | Payment of Special Counsel Expenses $3,514.55 | 3992-000 | | | |
| 12/03/25 | 102 | Pulaski Kherkher, PLLC | Payment of Special Counsel Fees & Expenses per Dkt. 52 | | | 18,702.81 | 26,500.35 |
| | | Pulaski Kherkher, PLLC | Payment of Special Counsel Fees $18,270.00 | 3210-000 | | | |
| | | Pulaski Kherkher, PLLC | Payment of Special Counsel Expenses $432.81 | 3992-000 | | | |
| 12/03/25 | 103 | Butler Snow, PLLC | Payment of Special Counsel Fees & Expenses per Dkt. 75 | 3210-000 | | 10,080.00 | 16,420.35 |
| 12/03/25 | 104 | Zachary S. Wessler, Sr., Esq. | Payment of Trustee's Attorney's Fees & Expenses per Dkt. 76 | 3110-000 | | 7,360.00 | 9,060.35 |
| 02/18/26 | 105 | Zachary S. Wessler, Sr. | Distribution payment - Dividend paid at 100.00% of $8,325.00; Claim # FEE; Filed: $8,325.00; Acct No.: | 2100-000 | | 8,325.00 | 735.35 |
| 02/18/26 | 106 | Zachary S. Wessler, Sr. | Distribution payment - Dividend paid at 100.00% of $73.98; Claim # TE; Filed: $73.98; Acct No.: | 2200-000 | | 73.98 | 661.37 |
| 02/18/26 | 107 | First Heritage Credit of Mississippi, LLC | Distribution payment - Dividend paid at 9.74% of $3,147.25; Claim # 1; Filed: $3,147.25; Acct No.: | 7100-000 | | 306.69 | 354.68 |
| 02/18/26 | 108 | Quantum3 Group LLC as agent for | Combined dividend payments for Claim #2, 3 | | | 82.99 | 271.69 |
| | | Quantum3 Group LLC as agent for | Claims Distribution - Mon, 01-05-2026 $31.66 | 7100-000 | | | |
| | | Quantum3 Group LLC as agent for | Claims Distribution - Mon, 01-05-2026 $51.33 | 7100-000 | | | |
| 02/18/26 | 109 | American Express National Bank | Distribution payment - Dividend paid at 9.74% of $1,048.13; Claim # 4; Filed: $1,048.13; Acct No.: | 7100-000 | | 102.14 | 169.55 |
| 02/18/26 | 110 | Verizon | Distribution payment - Dividend paid at 9.74% of $1,739.97; Claim # 5; Filed: $1,739.97; Acct No.: | 7100-000 | | 169.55 | 0.00 |

Page Subtotals: $71,047.71 $71,047.71

{ } Asset Reference(s)　　　UST Form 101-7-TDR ( 10 /1/2010)　　　! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 18-50294 | | Trustee Name: | Zachary S. Wessler, Sr. (440130) |
|---|---|---|---|---|
| Case Name: | J.B. Saucier | | Bank Name: | Metropolitan Commercial Bank |
| | Barbara Carole Saucier | | Account #: | ******4776 Checking |
| Taxpayer ID #: | **-***3112 | | Blanket Bond (per case limit): | $25,377,082.00 |
| For Period Ending: | 04/10/2026 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 71,047.71 | 71,047.71 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 71,047.71 | 71,047.71 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $71,047.71 | $71,047.71 | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:   3

**Case No.:**     18-50294

**Case Name:**   J.B. Saucier
Barbara Carole Saucier

**Taxpayer ID #:**   **-***3112

**For Period Ending:** 04/10/2026

**Trustee Name:**   Zachary S. Wessler, Sr. (440130)

**Bank Name:**   Metropolitan Commercial Bank

**Account #:**   ******4776 Checking

**Blanket Bond (per case limit):** $25,377,082.00

**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $71,047.71 |
| Plus Gross Adjustments: | $30,452.29 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $101,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4776 Checking | $71,047.71 | $71,047.71 | $0.00 |
| | **$71,047.71** | **$71,047.71** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)