

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 29, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
**J.B. SAUCIER**                                                    **CASE NO. 18-50294-KMS**
**BARBARA CAROLE SAUCIER,**

    **DEBTORS.**                                              **CHAPTER 7**

### ORDER SETTING ASIDE FINAL DECREE/ORDER CLOSING CASE

This day, this cause came on to be heard on the Court's own motion to set aside the Final Decree/Order Closing Case (Dkt. #85), entered on May 22, 2026, due to an administrative error, and the Court having considered the same, finds that the Final Decree/Order Closing Case should be set aside.

**IT IS THEREFORE ORDERED** that the Final Decree/Order Closing Case (Dkt. #85), entered on May 22, 2026, should be, and the same is hereby set aside.

##END OF ORDER##