United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 18-50294-KMS

J.B. Saucier                                                                        Chapter 7

Barbara Carole Saucier

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                          Page 1 of 2

Date Rcvd: May 29, 2026                   Form ID: pdf012                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + J.B. Saucier, Barbara Carole Saucier, 1702 42nd Ave, Gulfport, MS 39501-3834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Kimberly R. Lentz | |
| | on behalf of Trustee Kimberly R. Lentz krlentz@gmail.com |
| Robert Alan Byrd | |
| | on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrd-wiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Joint Debtor Barbara Carole Saucier trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Creditor Navigator Credit Union trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                    User: mssbad                        Page 2 of 2
Date Rcvd: May 29, 2026                 Form ID: pdf012                      Total Noticed: 1

Thomas Carl Rollins, Jr
                   on behalf of Debtor J.B. Saucier trollins@therollinsfirm.com
                   jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                   nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                   USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
                   chapter7trustee@wesslerlawgroup.com
                   meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

Zachary S. Wessler, Sr
                   on behalf of Trustee Zachary S Wessler  Sr zach@symmesestes.com, meredith@symmesestes.com;gina@symmesestes.com


TOTAL: 8



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 29, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **J.B. SAUCIER**                         **CASE NO. 18-50294-KMS**
    **BARBARA CAROLE SAUCIER,**

        **DEBTORS.**                       **CHAPTER 7**

### ORDER SETTING ASIDE FINAL DECREE/ORDER CLOSING CASE

This day, this cause came on to be heard on the Court's own motion to set aside the Final Decree/Order Closing Case (Dkt. #85), entered on May 22, 2026, due to an administrative error, and the Court having considered the same, finds that the Final Decree/Order Closing Case should be set aside.

**IT IS THEREFORE ORDERED** that the Final Decree/Order Closing Case (Dkt. #85), entered on May 22, 2026, should be, and the same is hereby set aside.

##END OF ORDER##