Generated: Jun 26, 2026 3:20PM



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Gulfport

Receipt Date: Jun 26, 2026 3:20PM

Zachary S. Wessler
1806 23rd Avenue, Suite A
Gulfport, MS 39501

| Rcpt. No: 60000985 | Trans. Date: Jun 26, 2026 3:20PM | | | Cashier ID: #SW (3653) |
|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 7RO | CH 7 REOPEN FEE | 18-50294-KMS | 1 | 260.00 | 260.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | CREDIT | $260.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $260.00 |
| Total Tendered: | $260.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Debtor**: J.B. Saucier and Barbara Carole Saucier

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.